Scott R. Emery (SE-6293)
LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, New York 10018
(212) 302-2400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LESLYE KNOX, Individually, and as Natural Guardian
of Plaintiffs Jordan Terrell Ellis, Reuven Carter,
Shanon Carter, Shayrah Carter, Yoshavyah Carter and : 07 Civ. 3349
Amitai Carter, JORDAN TERRELL ELLIS, minor,
REUVEN CARTER, minor, SHANON CARTER, minor,
SHAYRAH CARTER, minor, YOSHAVYAH CARTER, : **NOTICE OF APPEARANCE**
minor, AMITAI CARTER, minor, by their Next Friend and
Guardian Leslye Knox, and TSAPHRIRAH ELLIS,

                Plaintiffs-Judgment Creditors,

          - against -

THE BANK OF NEW YORK,

                Defendant-Garnishee

PALESTINE MONETARY AUTHORITY,

                Applicant for Intervention.
-------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the law firm of Lynch Daskal Emery LLP hereby appears as counsel of record for applicant for intervention Palestine Monetary Authority in the above-captioned case. Please serve copies of all papers at the address listed below.

Dated: New York, New York
       May 9, 2007

                              LYNCH DASKAL EMERY LLP

                              Attorneys for Palestine Monetary Authority

                              By: _____
                                  Scott R. Emery (SE-6293)
                              264 West 40th Street
                              New York, New York 10018
                              (212) 302-2400