UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

LESLYE KNOX, Individually, and as Natural Guardian
of Plaintiffs Jordan Terrell Ellis, Reuven Carter,
Shanon Carter, Shayrah Carter, Yoshavyah Carter and
Amitai Carter, JORDAN TERRELL ELLIS, minor,
REUVEN CARTER, minor, SHANON CARTER, minor,

SHAYRAH CARTER, minor, YOSHAVYAH CARTER,
minor, AMITAI CARTER, minor, by their Next Friend and
Guardian Leslye Knox, and TSAPHRIRAH ELLIS,

                Plaintiffs-Judgment Creditors,

         - against -

THE BANK OF NEW YORK,

                Defendant-Garnishee

PALESTINE MONETARY AUTHORITY,

                Applicant for Intervention.
-------------------------------------------------------------------X

07 Civ. 3349

**ORDER TO SHOW CAUSE REGARDING THE PALESTINE MONETARY AUTHORITY'S MOTION FOR LEAVE TO INTERVENE AND FOR AN ORDER VACATING THE WRIT OF EXECUTION AND DISMISSING THE COMPLAINT**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-8-07

       Upon (i) the Affirmation of Scott R. Emery in Support of the Palestine Monetary Authority's Order to Show Cause for Leave to Intervene and for an Order Vacating the Writ of Execution and Dismissing the Complaint; ii) the Exhibits attached thereto; and iii) the Memorandum of Law in Support of Palestine Monetary Authority's Order to Show Cause for Leave to Intervene and for an Order Vacating the Writ of Execution and Dismissing the Complaint, and upon all of the pleadings previously filed in this action, it is

       ORDERED that Plaintiffs-Judgment Creditors, Leslye Knox et al. show cause before this Court on May 18, 2007, at 11:45 a.m., or as soon after that counsel may be heard, at the United States Courthouse located at 500 Pearl Street, New York, New York, Courtroom No. 20B why Palestine Monetary Authority ("PMA") should not be granted leave to intervene in this

action, pursuant to Federal Rule of Civil Procedure 24, in order to obtain confirmation from this Court that the Writ Of Execution dated February 14, 2007 has no bearing on any PMA clearance funds suspended by the Bank of New York and for an order dismissing the Complaint and immediately vacating the Writ of Execution served by the United States Marshal on the Bank of New York which purports to attach the Seized Funds.

IT IS FURTHER ORDERED that in order to provide sufficient service and notice of the execution of this order, service of a copy of this order, made upon Plaintiffs – Judgment Creditors Leslye Knox, et al., by 5 pm on May 9, 2007, via facsimile or by hand as follows, shall be deemed good and sufficient service; and

IT IS FURTHER ORDERED that opposition papers, if any, be filed with the Court and served upon the Palestine Monetary Authority's counsel, Scott R. Emery, Esq., Lynch Daskal Emery LLP, 264 West 40th Street, 18th Floor, New York, New York 10018, so as to be received on or before May 15, 2007.

No prior request for relief has been made in this action.

DATE: 8 May 2007

SO ORDERED:

U.S.D.J.
Victor Marrero