SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

PALESTINE MONETARY AUTHORITY,

        Plaintiff,

-against-

DAVID STRACHMAN, as Administrator of the
ESTATES OF YARON UNGAR, and EFRAT UNGAR;
and THE BANK OF NEW YORK COMPANY, INC.,

        Defendants,

-and-

YISHAI UNGAR and DVIR UNGAR, minors, by their
guardians and next friends, PROFESSOR MEYER
UNGAR; JUDITH UNGAR; RABBI URI DASBERG;
JUDITH DASBERG (individually and in their capacity
as legal guardians of plaintiffs DVIR UNGAR and
YISHAI UNGAR); AMICHAI UNGAR; DAFNA
UNGAR; and MICHAL COHEN,

        Additional Counter-Claim
        and Cross-Claim Plaintiffs.

---

Index No.: 107777/05

Justice Kornreich

**STIPULATION OF
DISCONTINUANCE**

*So ordered [signature] 12/7/05*

**RECEIVED**
NOV 09 2005
NEW YORK
COUNTY CLERK'S OFFICE

    IT IS HEREBY STIPULATED AND AGREED by the parties, by their under-signed counsel, that pursuant to the provisions of CPLR Rule 3217(b) Plaintiff Palestine Monetary Authority ("PMA") dismisses with prejudice any and all claims seeking monetary damages asserted in this action as against Defendant The Bank of New York ("BNY"), sued incorrectly herein as The Bank of New York Company, Inc.

    IT IS FURTHER STIPULATED AND AGREED that BNY will remain a party to this action as a stakeholder and be subject to the Court's ruling on PMA's claim for declaratory and injunctive relief.

HMM-505585_1

IT IS FURTHER STIPULATED AND AGREED that this Stipulation of Discontinuance may be executed in counterpart signature pages.

Dated: New York, New York
October 5, 2005

BUSHELL & VALLIERE, LLP

By: _____
Victor Bushell
60 East 42nd Street
New York, New York 10165
(212) 949-4700

*Attorneys for Plaintiff*
*Palestine Monetary Authority*

EMMET, MARVIN & MARTIN, LLP

By: _____
Kenneth M. Bialo
120 Broadway, 32nd Floor
New York, New York 10271
(212) 238-3000

*Attorneys for Defendant*
*The Bank of New York*
*(sued incorrectly as The Bank of*
*York Company, Inc.)*

JAROSLAWICZ & JAROS

By: _____
Robert J. Tolchin
150 William Street, 19th Floor
New York, New York 10038
(212) 227-2780

*Attorneys for Defendant David*
*Strachman as Administrator of the*
*Estate of Yaron Ungar*
*-and-*
*for the Additional Counter-Claim*
*and Cross-Claim Plaintiffs*

SO ORDERED:

_____
Hon. Shirley Werner Kornreich,
Justice of the Supreme Court

2