

**U.S. Department of Justice**

United States Marshals Service
*Southern District of New York*

---

500 Pearl Street, Suite 400
New York, New York 10007

Telephone     (212) 331-7100
Facsimile     (212) 637-6130

February 15, 2007

Bank of New York
One Wall Street
New York, NY 10286

     RE:    Leslye Knox, et al vs. The Palestine Liberation Organization, et al, 03 Civ. 4466

Dear Sir/Madam:

     You will please take notice that pursuant to the attached copy of Writ of Execution, I am herewith levying on all the right, title and interest which the said Palestine Liberation Organization and the Palestine Authority (a/k/a "The Palestinian InterimSelf-Government Authority" and/or "The Palestinian Council" and/or "The Palestinian National Authority"), judgment debtors have in any funds, property or assets you may be holding in your possession to satisfy the judgment of $192,740,705.63, which includes Marshals fees in the amount of $45.50.

     Please remit promptly to the United States Marshal, Southern District of New York, United States Courthouse, 500 Pearl Street, Suite 400, New York, NY 10007.

     Very truly yours,

     Joseph R. Guccione
     US Marshal, SDNY

By:     *Joann Goodson*
     Joann Goodson
     Seizure/Forfeiture Specialist

Enc: JG

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

JUDGMENT NO. 06/1710                                   DOCKET NO. 03 Civ 4466

THE PRESIDENT OF THE UNITED STATES OF AMERICA
*To the Marshal of the Southern District of New York, GREETING:*

YOU ARE COMMANDED, that of the goods and chattels of THE PALESTINE LIBERATION ORGANIZATION and THE PALESTINIAN AUTHORITY (a/k/a "The Palestinian Interim Self-Government Authority" and/or "The Palestinian Council" and/or "The Palestinian National Authority")

in your district you cause to be made the sum of ONE HUNDRED NINETY TWO MILLION SEVEN HUNDRED FORTY THOUSAND SIX HUNDRED AND SIXTY dollars and THIRTEEN cents, ($192,740,660.13)

which lately in the United States District Court of the United States for the Southern District of New York, in the Second Circuit, LESLYE KNOX, JORDAN TERRELL ELLIS, REUVEN CARTER, SHANON CARTER, SHAYRAH CARTER, YOSHAVYAH CARTER, AMITAI CARTER, PRINCE SHALEAK, MELLONEE ELLIS, FRANCINE ELLIS, LYNNE ELLIS, YIHONADAV ELLIS, TSAPHRIRAH ELLIS and ARON CARTER

recovered against the said THE PALESTINE LIBERATION ORGANIZATION and THE PALESTINIAN AUTHORITY (a/k/a "The Palestinian Interm Self-Government Authority" and/or "The Palestinian Council" and/or "The Palestinian National Authority")

in an action between LESLYE KNOX, JORDAN TERRELL ELLIS, REUVEN CARTER, SHANON CARTER, SHAYRAH CARTER, YOSHAVYAH CARTER, AMITAI CARTER, PRINCE SHALEAK, MELLONEE ELLIS, FRANCINE ELLIS, LYNNE ELLIS, YIHONADAV ELLIS, TSAPHRIRAH ELLIS and ARON CARTER

PLAINTIFF and THE PALESTINE LIBERATION ORGANIZATION and THE PALESTINIAN AUTHORITY a/k/a "The Palestinian Interm Self-Government Authority" and/or "The Palestinian Council" and/or "The Palestinian Natinal Authority")

DEFENDANT, in favor of said LESLYE KNOX, JORDAN TERRELL ELLIS, REUVEN CARTER, SHANON CARTER, SHAYRAH CARTER, YOSHAVYAH CARTER, AMITAI CARTER, PRINCE SHALEAK, MELLONEE ELLIS, FRANCINE ELLIS, LYNNE ELLIS, YIHONADAV ELLIS, TSAPHRIRAH ELLIS and ARON CARTER

as appears by the record filed in the Clerk's Office of said District Court on the SIXTH day of AUGUST, in the year of TWO THOUSAND AND SIX

and if sufficient personal property of the said judgment debtor cannot be found in your District, that then you cause the same to be made out of the real property belonging to such judgment debtor on the above-mentioned day, or at any time thereafter, in whose hands soever the same may be, and return this execution within sixty days after its receipt by you, to the Clerk of said District Court.

WITNESS, the Honorable Kimba W. Wood, Chief Judge of the United States District Court, for the Southern District of New York, at the City of New York, on the 14th day of February in the year of our Lord 2007, and of the Independence of the United States the two hundred twenty-fifth year.

*J. Michael McMahon*
CLERK