**From:** Haig Kalbian [mailto:hkalbian@kalbianhagerty.com]
**Sent:** Tuesday, April 10, 2007 4:41 PM
**To:** RJT@TolchinLaw.com
**Cc:** emery@lawlynch.com; 'Mary Baker'; 'Michelle Douglas'
**Subject:** RE: Palestine Monetary Authority

Bob,


As you are aware, the restraining notice you recently served on BNY in the Knox case is improper for the same reasons it was improper in the Ungar case. Please withdraw it immediately. If BNY does not allow the PMA to resume clearance transactions forthwith, we will pursue all available legal remedies to ensure that your attempts to interfere with the PMA and circumvent Justice Kornreich's order are finally stopped.

Please advise me and local counsel, Scott Emery, whether you will withdraw the Knox restraining notice.

Haig