**LYNCH**
**DASKAL**
**EMERY** LLP

264 WEST 40TH STREET
NEW YORK, NEW YORK 10018
TEL: 212-302-2400
FAX: 212-302-2210

April 20, 2007

**BY FACSIMILE**

Kenneth M. Bialo, Esq.
Emmet, Marvin & Martin, LLP
120 Broadway, 32nd Floor
New York, NY 10271

    Re:    **Palestine Monetary Authority v. David Strachman et al.**
             **Supreme Court of New York, County of New York**
             **Index No. 107777/05**

Dear Ken:

    I write on behalf of the Palestine Monetary Authority ("PMA") to follow up on yesterday's hearing before Justice Kornreich and reiterate our position as articulated in my April 12, 2007 letter.

    By not releasing the funds at issue, the Bank of New York is in violation of Justice Kornreich's April 2, 2007 Order. If BNY does not release the funds forthwith, the PMA will pursue all available legal remedies to ensure that the funds are released and to recompense the PMA for all damages suffered as a result of the improper restraint.

    Please let me know, in writing, no later than 5:00 p.m. on Tuesday, April 24, 2007 what BNY intends to do with respect to the PMA's funds and, if BNY does not intend to release them immediately, the reasons behind BNY's decision.

Very truly yours,

Scott R. Emery

```
              TRANSMISSION VERIFICATION REPORT

                                          TIME   : 04/20/2007 11:51
                                          NAME   :
                                          FAX    : 2123022210
                                          TEL    : 2123022400
                                          SER.#  : 000F6J930214


DATE,TIME                       04/20  11:50
FAX NO./NAME                    912122383100
DURATION                        00:00:34
PAGE(S)                         02
RESULT                          OK
MODE                            STANDARD
                                ECM
```

# LYNCH DASKAL EMERY LLP

264 WEST 40TH STREET
NEW YORK, NEW YORK 10018
TEL: 212-302-2400
FAX: 212-302-2210

## Facsimile Cover Sheet

Date:      4/20/07

Pages (incl. cover sheet): 2

Re:    Palestine Monetary Authority v. David Strachman, et al.,
       New York Supreme Court, Index No.: 107777/05

**PLEASE DELIVER TO:**

| Name | Organization | Facsimile | Telephone |
|---|---|---|---|
| Kenneth M. Bialo, Esq. | Emmet, Marvin & Martin, LLP | (212) 238-3100 | (212) 238-3000 |

**FROM:**

Scott R. Emery