

HOME   ESPAÑOL   ACCESSIBILITY   PRIVACY & LEGAL
INDEX   FAQ   FOIA

## Office of Foreign Assets Control

**Recent OFAC Actions**

Full List | Previous | Next

*To view or print the PDF content on this page, download the free Adobe® Acrobat® Reader®.*

04/12/2006

The Department of the Treasury's Office of Foreign Assets Control (OFAC) has determined that Hamas, a terrorist entity whose property and interests in property are blocked under three separate OFAC-administered economic sanctions programs, has a property interest in the transactions of the Palestinian Authority. Accordingly, pursuant to the Global Terrorism Sanctions Regulations, 31 C.F.R. Part 594, the Terrorism Sanctions Regulations, 31 C.F.R. Part 595, and the Foreign Terrorist Organizations Sanctions Regulations, 31 C.F.R. Part 597, U.S. persons are prohibited from engaging in transactions with the Palestinian Authority unless authorized, and may not transfer, pay, withdraw, export or otherwise deal in any assets in which the Palestinian Authority has an interest unless authorized. Consistent with current foreign policy, certain transactions otherwise prohibited pursuant to the Regulations are being authorized by general license to facilitate limited transactions by U.S. persons with the Palestinian Authority. General licenses or statements of licensing policy will be issued as appropriate to authorize additional transactions with the Palestinian Authority or to indicate limited circumstances under which other transactions may be considered for favorable licensing treatment on a case-by-case basis. Information on complying with specific aspects of these general licenses, including a list relevant to compliance with General License No. 4 (b), is available on OFAC's website.

The above restrictions with respect to the Palestinian Authority do not bar general transactions between U.S. persons and non-governmental actors within the West Bank or Gaza and do not prohibit transactions with private sector banks within the region.