UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
LESLYE KNOX, individually and as natural guardian
and as natural guardian of plaintiffs Jordan Terrell Ellis,
Reuven Carter, Shanon Carter, Shayrah Carter,
Yoshavyah Carter and Amitai Carter,
Jordan Terrell Ellis, minor,
REUVEN CARTER, minor
SHANON CARTER, minor,
SHAYRAH CARTER, minor,
YOSHAVYAH CARTER, minor
AMITAI CARTER, minor,
by their next friend and guardian, Leslye Knox,
and TSAPHRIRAH ELLIS,

　　　　　　Plaintiffs – Judgment Creditors,

　-against-

THE BANK OF NEW YORK,

　　　　　　Defendant-Garnishee.
-------------------------------------------------------------x

Case No. 02 CV 3349

**AFFIDAVIT
OF SERVICE**

STATE OF NEW YORK , COUNTY OF NEW YORK　　ss.:

The undersigned being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at New York, New York

That on the 27th day of April, 2007 deponent served the within:

### SUMMONS AND COMPLAINT

upon the following, at the address(es) designated by said attorney(s) for that purpose by delivering a true copy thereof personally:

KENNETH BIALO, ESQ. (attorney for Bank of New York who agreed to accept service)
Attorney for Defendants
Emmet, Marvin & Martin, LLP
120 Broadway
New York, New York 10271

_____
Sean Alexander

Sworn to before me this
27th day of April, 2007

_____
Notary Public

INES FLORES
Notary Public, State of New York
No. 01FL1256260
Qualified in Bronx County
Commission Expires April 30, 2011