UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LESLYE KNOX, individually and as natural guardian
and as natural guardian of plaintiffs Jordan Terrell Ellis,
Reuven Carter, Shanon Carter, Shayrah Carter,
Yoshavyah Carter and Amitai Carter,
Jordan Terrell Ellis, minor
REUVEN CARTER, minor
SHANON CARTER, minor,
SHAYRAH CARTER, minor,
YOSHAVYAH CARTER, minor
AMITAI CARTER, minor,
by their next friend and guardian, Leslye Knox
and TSAPHRIRAH ELLIS,

      Plaintiff – Judgment Creditors,

  -against-

THE BANK OF NEW YORK,

      Defendant -Garnishee.

------------------------------------------------------------x

Case No. 07 CV 3349

**AFFIDAVIT
OF SERVICE**

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK  )

    Eileen Goldsmith, being duly sworn, deposes and says:

    That she is over eighteen years of age, is not a party to this action; and is employed by the attorney for the plaintiff(s) herein. That on May 10, 2007 she served the within:

                **SUMMONS AND COMPLAINT**

upon the following, at the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an

official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

TO:

The Palestine Liberation Organization
Palestinian Authority
The Muqata'a
Al-Isral Street
Ramallah, Israel
(Registered Mail No. RE075192542US)

The Palestinian Authority
1320 18th Street, NW, Suite 200
Washington, D.C. 20036
(Certified Mail, Return Receipt Requested No. 7006 0810 0005 44460 0904)

*Eileen Goldsmith*
EILEEN GOLDSMITH

Sworn to before me this
May 10, 2007

*[signature]*
Notary Public

ROCHELLE MEYER
Notary Public, State of New York
No. 4805065
Qualified in Rockland County
Commission Expires October 31, 20 10