LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, New York 10018
(212) 302-2400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
LESLYE KNOX, Individually, and as Natural Guardian :
of Plaintiffs Jordan Terrell Ellis, Reuven Carter, :
Shanon Carter, Shayrah Carter, Yoshavyah Carter and : 07 Civ. 3349
Amitai Carter, JORDAN TERRELL ELLIS, minor, :
REUVEN CARTER, minor, SHANON CARTER, minor, :
: **AFFIDAVIT OF SERVICE**
SHAYRAH CARTER, minor, YOSHAVYAH CARTER, :
minor, AMITAI CARTER, minor, by their Next Friend and :
Guardian Leslye Knox, and TSAPHRIRAH ELLIS, :
:
          Plaintiffs-Judgment Creditors, :
:
      - against - :
:
THE BANK OF NEW YORK, :
:
          Defendant-Garnishee :
:
PALESTINE MONETARY AUTHORITY, :
:
          Applicant for Intervention. :
----------------------------------------------------------------------X
STATE OF NEW YORK  )
                        ) ss.:
COUNTY OF NEW YORK  )

        DANIEL GAGLIARDI, being duly sworn, deposes and says:

      1.    I am not a party to this action, am over 18 years of age, and I reside at 308 Raymond Street, Hasbrouck Heights, NJ.

2.    On the 8th day of May, 2007, I served a copy of the within **MEMORANDUM OF LAW IN SUPPORT OF PALESTINE MONETARY AUTHORITY'S MOTION FOR LEAVE TO INTERVENE AND FOR AN ORDER VACATING THE WRIT OF EXECUTION AND**

**DISMISSING THE COMPLAINT** by personally delivering a true and correct copy of same to:

Robert Tolchin, Esq.
JAROSLAWICZ AND JAROS, ESQS.
150 William Street, 19th Floor
New York, New York 10038

Kenneth M. Bialo, Esq.
EMMET, MARVIN & MARTIN, LLP
120 Broadway, 32nd Floor
New York, NY 10271

_____
DANIEL GAGLIARDI

Sworn to before me this
8th day of May, 2007

_____
Notary Public

PREMILA K. REDDY
Notary Public, State of New York
No. 02RE6152115
Qualified in New York County
Commission Expires August 28, 20_10_

2