LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, New York 10018
(212) 302-2400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
LESLYE KNOX, Individually, and as Natural Guardian
of Plaintiffs Jordan Terrell Ellis, Reuven Carter,
Shanon Carter, Shayrah Carter, Yoshavyah Carter and : 07 Civ. 3349
Amitai Carter, JORDAN TERRELL ELLIS, minor,
REUVEN CARTER, minor, SHANON CARTER, minor,
: **AFFIDAVIT OF SERVICE**
SHAYRAH CARTER, minor, YOSHAVYAH CARTER,
minor, AMITAI CARTER, minor, by their Next Friend and
Guardian Leslye Knox, and TSAPHRIRAH ELLIS,

           Plaintiffs-Judgment Creditors,

     - against -

THE BANK OF NEW YORK,

           Defendant-Garnishee

PALESTINE MONETARY AUTHORITY,

           Applicant for Intervention.
-----------------------------------------------------------------------X
STATE OF NEW YORK  )
                        ) ss.:
COUNTY OF NEW YORK  )

      DANIEL GAGLIARDI, being duly sworn, deposes and says:

    1.    I am not a party to this action, am over 18 years of age, and I reside at 308 Raymond Street, Hasbrouck Heights, NJ.

    2.    On the 8th day of May, 2007, I served a copy of the within **ORDER TO SHOW CAUSE REGARDING THE PALESTINE MONETARY AUTHORITY'S MOTION FOR LEAVE TO INTERVENE AND FOR AN ORDER VACATING THE WRIT OF EXECUTION AND DISMISSING THE COMPLAINT** and **AFFIRMATION OF SCOTT R. EMERY IN SUPPORT OF PALESTINE MONETARY AUTHORITY'S MOTION FOR LEAVE TO INTERVENE AND FOR AN ORDER VACATING THE WRIT OF EXECUTION AND**

DISMISSING THE COMPLAINT by personally delivering a true and correct copy of same to:

Robert Tolchin, Esq.
JAROSLAWICZ AND JAROS, ESQS.
150 William Street, 19th Floor
New York, New York 10038

Kenneth M. Bialo, Esq.
EMMET, MARVIN & MARTIN, LLP
120 Broadway, 32nd Floor
New York, NY 10271

_____
DANIEL GAGLIARDI

Sworn to before me this
8th day of May, 2007

_____
Notary Public

PREMILA K. REDDY
Notary Public, State of New York
No. 02RE6152115
Qualified in New York County
Commission Expires August 28, 20_10_

2