1               Proceedings

2    out of turn.

3               MR. BIALO:  Your Honor, this is Jessica

4    Goodwin She has with her the document and the notebook

5    that we produced as well.

6               She did some annotation work yesterday

7    afternoon so that she can go for her chart to the

8    pages that have PMA stamped on them and we have copies

9    of it for the other lawyers.

10              THE COURT:  Let her be sworn in.

11   J E S S I C A    G O O D W I N, called as a witness,

12   having been first duly sworn, was examined and

13   testified as follows:

14              THE COURT CLERK:  State your name and

15   business address for the record, please.

16              THE WITNESS:  Jessica Goodwin, 6023 Airport

17   Road, Oriskany, O-R-I-S-K-A-N-Y, New York, 13424.

18              THE COURT:  Who is calling this witness, the

19   Bank of New York?

20              MR. KALBIAN:  I am calling her, your Honor.

21              THE COURT:  So it is the --

22              MR. BIALO:  I am just introducing the

23   witness and I have copies of the annotations.

24              THE COURT:  All right.

25              MR. KALBIAN:  Mr. Bialo asked me that I mark

26   as a next exhibit, which I think is Exhibit 5, the

1              Goodwin - By Plaintiff - Direct

2    subpoena that was issued to the Bank of New York for

3    this hearing.  So if I may do that now.

4              THE COURT:  Yes.  You are marking a

5    subpoena.

6              MR. BIALO:  The witness is here pursuant to

7    subpoena.

8              THE COURT:  You don't have to mark the

9    subpoena.  Ask her the question.

10             MR. BIALO:  Fine.

11             MR. KALBIAN:  If I can hand the subpoena up

12   to the witness.

13             THE COURT:  Yes.

14             Ms. Goodwin, are you here today pursuant to

15   subpoena?

16             THE WITNESS:  Yes.

17             THE COURT:  Whose subpoena are you here

18   pursuant to?

19             THE WITNESS:  This one.

20             THE COURT:  Who issued you that subpoena?

21             THE WITNESS:  Bushell and Valliere.

22             THE COURT:  The attorneys for the

23   plaintiff.

24             Let's continue.

25             MR. KALBIAN:  Your Honor, it appears that

26   the last two pages of this schedule that was just

1               Goodwin - By Plaintiff - Direct

2       handed to us by counsel with the notations on the side

3       may have changed, may not be the same chart that was

4       given to us on July 2.

5               MR. KALBIAN:  We have clarified it, your

6       Honor, I apologize.

7               MR. TOLCHIN:  May I ask what the

8       clarification is?

9               MR. KALBIAN:  I think it was just the way

10      that they were copied by the Bank of New York.  I

11      think it's the same document, essentially.  But I will

12      let Mr. Bialo speak for himself.

13              MR. TOLCHIN:  Well, I see an inconsistency.

14      The one that is here today has four entries on the

15      final page and the other one submitted the other day

16      has three.

17              A VOICE:  It's pagination.

18              MR. BIALO:  It is just the computer rolled

19      it down.  If you look at the top transaction on the

20      final page is the last transaction on the next to the

21      last page.

22              MR. TOLCHIN:  Oh, okay.  I don't know how it

23      works, but computers do amazing things.

24              MR. KALBIAN:  All right, your Honor.

25              THE COURT:  Yes.

26  DIRECT EXAMINATION

```
 1              Goodwin - By Plaintiff - Direct/Kalbian

 2    BY MR. KALBIAN:

 3       Q    Ms. Goodwin?

 4       A    Yes.

 5       Q    Good afternoon.

 6              I just want to ask what your position is

 7    with the Bank of New York?

 8       A    I am vice president, group manager of the funds

 9    transfer division, Bank of New York.

10       Q    And can you just briefly describe what that job

11    entails?  And if you can just keep your voice up, please?

12       A    My response, I am responsible for three main

13    areas.  One is the regulatory and control area that does

14    anti-money laundering, monitoring on wire transfers, OFAC

15    monitoring, as well as funds management and control for

16    all related wire transfers.

17       Q    And how long have you been employed at Bank of

18    New York?

19       A    Slightly over 16 years.

20       Q    And how long have you served in this capacity

21    that you just described?

22       A    Since 2000.

23       Q    Now, counsel handed us a chart here.

24              Do you have one handy with you?

25       A    Yes.

26       Q    And it is one that has been provided to us
```

```
 1              Goodwin - By Plaintiff - Direct/Kalbian

 2   previously.  It was provided to us on July 29th.

 3                  Let me ask you this.

 4                  What does this chart represent?  If I could

 5   have it marked for identification purposes as Exhibit 5.

 6                  MR. KALBIAN:  Is it 5 or 6?

 7                  THE COURT:  Do you want it to be marked?

 8                  MR. KALBIAN:  Yes.

 9                  THE COURT:  It is 5, I believe.

10                  (The above was marked for identification as

11       Plaintiff's Exhibit 5.)

12                  THE COURT:  Counsel, do you have a copy?

13                  MR. KALBIAN:  Yes, I do.

14       Q    The document that we marked for identification as

15   Plaintiff's Exhibit 5?

16       A    Yes.  It is a summary of the transactions in

17   question related to the temporary restraining order.  So

18   it is a summary of all the documents of the transactions

19   that are held by the Bank of New York in question.

20       Q    And is this list a true and accurate listing of

21   the transactions frozen by the Bank of New York?

22       A    They are transactions held by the Bank of New

23   York.

24                  Can you define the term frozen?  Define it

25   definitely, on these transactions, we have these funds,

26   all but two of the transactions in a suspense account,
```

NELSON A. CARLO - OFFICIAL COURT REPORTER

```
 1            Goodwin - By Plaintiff - Direct/Kalbian

 2    being held.

 3        Q    They are all but two are held in what you call a

 4    suspense account?

 5        A    Yes.

 6        Q    And what exactly is a suspense account?

 7        A    It is an account at the Bank of New York that we

 8    are holding funds to determine what to do with them,

 9    holding them based upon the restraining order that we

10    received.

11        Q    All right.

12             And you placed these funds in the suspense

13    account at the Bank of New York after you received a

14    restraining notice.

15             Correct?

16        A    Yes.

17        Q    And also received, the Bank of New York received

18    a notice of injunction dated May 9, 2005, issued by a

19    federal court in Rhode Island.

20             Correct?

21        A    From my side, I began looking at or holding these

22    transactions when legal process division at the Bank of

23    New York instructed me to do so.

24        Q    So you don't have any information as to whether

25    the Bank of New York received a document called notice of

26    injunction that was served on the Bank of New York by the
```

Page 147

1              Goodwin - By Plaintiff - Direct/Kalbian

2     defendants in this case?

3          A    I know that they received -- legal process

4     division, White Plains, received something and in turn

5     they instructed me what funds to begin to hold.

6          Q    Now, when you -- and it was you, yourself, who

7     decided what funds to hold or is that somebody else at the

8     bank that does that?

9          A    The sites are scanned for the names in question.

10    When we find the transaction that involves those names, we

11    hold them, present them to our legal process division

12    department in White Plains and they instruct us whether to

13    hold the items or to pay them.

14         Q    In this document that we marked for

15    identification as Number 5, is that a -- is that a summary

16    of all the transactions that are in the suspense account?

17         A    All but two of these are in the suspense

18    account.

19         Q    Which two are not in the suspense account?

20         A    The two items that are not in the suspense

21    account, on the third page, there is a transaction for

22    2,399,990.  And it is the first conflict.) And on the top

23    of the next page, there is a $10,000,000 item both

24    indicated the same balances insufficient in account to

25    process transfer.

26              MR. KALBIAN:  Your Honor, I move Number 5

```
 1                Goodwin - By Plaintiff - Direct/Kalbian

 2        in.

 3                     MR. TOLCHIN:  May I, your Honor.

 4                     THE COURT:  Yes.

 5    VOIR DIRE EXAMINATION

 6    BY MR. TOLCHIN:

 7        Q    Ms. Goodwin, did you prepare this exhibit?

 8        A    It was prepared by my staff.

 9        Q    Did you supervise the preparation of this

10    document?

11        A    Yes.

12        Q    And was that for the purposes of this litigation?

13        A    Yes.

14        Q    And to prepare this document, what did you or

15    your staff look at?

16        A    The underlying transactions.

17        Q    And were those the documents that were Bates

18    stamped, BNY001 to BNY400?  I believe it is 400?

19        A    Yes.

20        Q    Yes?

21        A    Yes.

22                     MR. BIALO:  Your Honor, if the underlying

23        documents are moved into evidence I have no problem

24        with the summary.  But I think that the underlying

25        documents have to come first as a foundation for the

26        summary.
```

1            Goodwin - By Plaintiff - Voir Dire/Tolchin

2                 THE COURT:  Do you have a problem with

3       that?

4                 MR. KALBIAN:  I don't have any problems with

5       the voluminous records that were produced by the Bank

6       of New York being marked as an exhibit.

7                 THE COURT:  Do we have that in a notebook

8       folder?  Am I correct?  Let's mark the summary as

9       Plaintiff's Exhibit 5 and the notebook as 5A.

10                MR. TOLCHIN:  Where is it?

11                That's fine, can I briefly examine it?

12                THE COURT:  Yes.  That will be in evidence.

13                (The above was marked in evidence as

14      Plaintiff's Exhibit 5 and 5A.)

15                MR. TOLCHIN:  I want to see that the whole

16      range is here.  And yes, it is.  If this is the same

17      as that, I have no problem.

18                THE COURT:  All right.

19                MR. TOLCHIN:  That's what I tried to

20      accomplish with a notice to admit.

21                THE COURT:  Counsel.

22                MR. BIALO:  The documents in the witness'

23      notebook were the documents produced by the Bank of

24      New York with the BNY number plus the covering letters

25      that accompanied it.  That is Ms. Goodwin's own

26      notebook, she worked with it, it has not been provided

Page 150

```
1            Goodwin - By Plaintiff - Voir Dire/Tolchin

2       by anybody else, it was our stuff that Ms. Goodwin put

3       together.

4            THE COURT:  I understand that.  I am just

5       asking if there are copies, apparently there is more

6       than one copy.

7            MR. BIALO:  I don't -- these are copies that

8       plaintiff's counsel has.

9            THE COURT:  Yes, has a copy and I had just

10      wondered if there was a copy for defense counsel as

11      well.

12           MR. ROGERS:  It is not an identical copy of

13      what she has in her hand.  Our copy has the cover

14      letters that we provided with the document, et

15      cetera.  I don't know if they set up their notebook in

16      the same way.  That's the distinction.

17           MR. TOLCHIN:  Can I see her notebook?

18           THE COURT:  Yes.

19           MR. TOLCHIN:  And we should clarify, that

20      notebook, if it is in evidence, has to stay here.

21           THE COURT:  Yes.

22           MR. TOLCHIN:  You cannot take it back to

23      Utica.

24           THE COURT:  That's right.

25           (Perusing document.)

26           MR. TOLCHIN:  Fine, your Honor.
```

NELSON A. CARLO - OFFICIAL COURT REPORTER

Page 151

1          Goodwin - By Plaintiff - Direct/Kalbian

2              THE COURT:  Let's proceed.

3   DIRECT EXAMINATION (Continued)

4   BY MR. KALBIAN:

5       Q    The two transactions that you referred to that

6   were not placed in the suspense account, I am going -- I

7   have taken the liberty, ma'am, of blowing up those two

8   pages.  Obviously they don't include the notations that

9   you gave us today.

10              THE COURT:  Why don't you just put it down.

11              All right.

12      Q    One of the first -- the first of the two appears

13  as a transaction, Palestine Monetary Authority as the

14  originator and Bank of Palestine, Limited, Gaza, as the

15  beneficiary.

16              Is that correct?

17      A    Yes.

18              THE COURT:  This is the transaction from

19      page three, third transaction down on that page.

20              Yes, continue.

21      Q    Now, was the -- can you tell from your records

22  whether the Palestine Monetary Authority was the account

23  holder at the Bank of New York?

24      A    No.  They are not.

25      Q    Who was the account holder with regard to that

26  transaction at the Bank of New York?

1                  Goodwin - By Plaintiff - Direct/Kalbian

2         A    It's the Palestine International Bank.  The Bank

3    of New York holder.

4         Q    The monies were destined to the Bank of

5    Palestine, Limited, in Gaza.  That's the beneficiary of

6    these funds?

7         A    Yes.

8         Q    And so that this was a Palestine International

9    Bank account at the Bank of New York.

10                  Correct?

11        A    That was what was being debited, yes.

12        Q    And when it says balance insufficient in account

13   to process transfer, are these -- does that mean that

14   there were insufficient funds in the PIB account to cover

15   those funds?

16        A    Yes.

17        Q    We directed your attention to the second chart

18   that contains the other funds that were not put in the

19   suspense account?

20             THE COURT:  Before you continue, going back

21        to that, why does it list Palestine Monetary Authority

22        as the originator if the account is the Palestine

23        International account?

24             THE WITNESS:  This is a summary version.  If

25        we are going through what I was looking in here to see

26        the full transaction, I can see all the parties to the

1          Goodwin - By Plaintiff - Direct/Kalbian

2       transaction.

3              THE COURT:  Can you explain what that

4       transaction is.  Because I am not following it.

5              THE WITNESS:  Can I show you this

6       transaction to explain it?

7              THE COURT:  Yes.

8              MR. TOLCHIN:  Can you identify the Bates

9       number?

10             THE WITNESS:  Bates 140.

11             And the instruction coming in, the order I

12      received, a Swiss instruction from PIB to debit their

13      account to effect this transfer.  On that Swiss

14      instruction, the originator shown on that document

15      received is Palestine Monetary Authority, where they

16      instructed me to debit their account, Palestine

17      International Bank, and pay the funds to JP Morgan and

18      Chase in favor of the bank in Palestine.

19             And that's based upon this instruction

20      coming to us from PIB, our customer.

21      Q    So you would look at this transaction and say it

22      is from the account of the PIB and to the account of JP

23      Morgan and Chase?

24      A    For further -- yes, that's who I would give it

25      to.  Pay it to JP Morgan and Chase and they would receive

26      all the information we pass on so that they know who the

1              Goodwin - By Plaintiff - Direct/Kalbian

2    next party is that they are to pay it to.

3         Q    So if Palestine Monetary Authority is the

4    originator, does that mean that they have an account with

5    the PIB and this money is being taken from their account?

6         A    I cannot testify to that.  It does indicate on

7    the face of this that they are the originator of the

8    funds.  But since I am not at PIB, I cannot swear to

9    that..  But by the formatting of the payment instruction,

10   it is showing them as the ordering bank.

11        Q    So just -- keeping your attention on this Bates

12   stamp 140, JP Morgan and Chase would be the correspondent

13   bank of the Bank of Palestine, Limited?

14        A    Yes.

15        Q    Let me direct your attention to the second

16   transaction that you testified earlier that was not in the

17   suspense account.

18             What Bates stamp number did you look at,

19   ma'am, to -- as the underlying document, if you will, for

20   that particular transaction which is listed on this chart

21   as the first item?

22        A    Bates stamp 127 and 128.

23             MR. KALBIAN:  For the record, this is page 4

24        of 9 on Exhibit 5, your Honor.

25        Q    I am sorry, you said Bates 127?

26        A    Yes.

1             Goodwin - By Plaintiff - Direct/Kalbian

2      Q     And, in fact, Bates 127 and 128, similarly

3   indicate that the instruction was given by your customer

4   to PIB.

5                 Correct?

6      A     That's where I received my instructions from,

7   yes.

8      Q     Did the PIB with respect the that particular

9   transaction, instructed the Bank of New York to stop the

10  transaction?

11     A     Yes.  They have since asked us to cancel the

12  transaction.

13     Q     To cancel, that's the term of art.  Cancel the

14  transaction?

15     A     Yes.

16     Q     Did the Bank of New York cancel that transaction?

17     A     No.

18     Q     Do you know why?

19     A     Based upon this temporary restraining order, we

20  kept those two items, the two items pending against the

21  account.  I did not cancel them.

22     Q     All right.  So when and if there are sufficient

23  funds in that Palestine International Bank account, Bank

24  of New York, those would be paid.

25                 Is that correct?

26     A     Those would be suspense.

 1          Goodwin - By Plaintiff - Direct/Kalbian

 2     Q     Those would then be suspense?

 3     A     Yes.

 4     Q     Let me try to clarify a point before we get into

 5     the other transactions involving the Palestine Monetary

 6     Authority that went into the suspense account.

 7               When we were here on the 30th of June, there

 8     were two transactions involving Ministry of Finance and

 9     then there was an entry, it says Gaza, PMA.

10               MR. BIALO:  Objection as to form.

11               MR. KALBIAN:  Sorry.

12     Q     If you look at page 2 of 9 of your chart?

13     A     Yes.

14     Q     Do you see it's the second transaction down?

15     A     That's the one with the reference number of

16     TS05051682845OO?

17     Q     Yes ma'am.

18     A     I have it.

19     Q     It says originator, you see that, Ministry of

20     Finance?

21     A     Yes.

22     Q     And under there it says PMA?

23     A     Yes.

24     Q     Is that reference PMA to the Palestine Monetary

25     Authority?

26     A     When we stopped the transaction, those were

```
 1              Goodwin - By Plaintiff - Direct/Kalbian
 2    acronyms for that.  I believe when I looked at the
 3    document, that we actually asked for clarification as to
 4    what PMA stood for and they responded --
 5                   MR. TOLCHIN:  Objection, hearsay.
 6                   THE COURT:  Is this part of your document?
 7                   THE WITNESS:  Yes.
 8                   THE COURT:  Overruled.
 9                   MR. TOLCHIN:  She is offering it and it's
10        not her business record.  It's not --
11                   THE COURT:  It has been marked in evidence.
12        This is the notebook.
13                   MR. TOLCHIN:  But the hearsay parts cannot
14        be offered for the truth.  They were put in as the
15        record, but if she is putting it in as to the truth,
16        it is hearsay.
17                   THE COURT:  You didn't object to this.  You
18        were given the book to look at.
19                   MR. TOLCHIN:  Because he offered it as the
20        record of the Bank of New York.  And if it is being
21        offered for that purpose, there is no problem.  But
22        now that he is trying to bring out the statement of
23        some other bank for its truth --
24                   THE COURT:  I thought it was all introduced
25        for the truth.
26                   MR. TOLCHIN:  As a record of the Bank of
```

1          Goodwin - By Plaintiff - Direct/Kalbian

2     New York.

3              THE COURT:  I am going to allow her to

4     continue.

5              Overruled.

6              Go ahead.

7              What does the record show?

8              THE WITNESS:  It's a document Bates number

9     209 and 210, and on this transaction, we went back to

10    our customer, which in this case was Credit Suisse

11    Zurich, and asked them what PMA stood for.

12    Q     And what did they tell you?

13    A     They responded, please note that PMA means

14    Palestine Main, M-A-I-N, A/C-15775.  And this is just a

15    reference used by the ordering institution for their own

16    audit.

17    Q     The reference to PMA also bears on page 5 of 9,

18    if I can direct your attention to that particular page of

19    this exhibit?

20    A     Okay.

21    Q     Are you there, Ms. Goodwin?

22    A     Yes.

23    Q     It is right about the middle of the page, but I

24    will give you the transaction number.   FTS050531903920O.

25    A     Yes, I have it.

26    Q     And again, it says Ministry of Finance and under

1                    Goodwin - By Plaintiff - Direct/Kalbian

2     there, under that line, it says PMA.

3                    Did the Bank of New York make any inquiry as

4     to what that reference stood for?

5          A    Yes.

6          Q    And what did the Bank of New York determine?

7          A    I don't have a response from Credit Suisse on

8     this one.

9          Q    Would it be reasonable for you to infer that it

10    is also a reference to Palestine main account, based on --

11                    MR. BIALO:  Objection.

12                    THE COURT:  Sustained.

13         Q    -- based on the documents that you have, and

14    based on the previous response of Credit Suisse, is it a

15    reasonable inference to state that PMA there, under

16    Ministry of Finance, substance for Palestine main

17    account?

18                    MR. BIALO:  Objection.

19                    THE COURT:  Sustained.

20         Q    Do you know why Credit Suisse did not respond?

21                    MR. BIALO:  Objection.

22                    THE COURT:  Sustained.

23         Q    And Credit Suisse, the same institution that you

24    inquired of with regard to the first transaction?

25         A    Yes.

26         Q    And why is Credit Suisse involved in both of

NELSON A. CARLO - OFFICIAL COURT REPORTER

1                Goodwin - By Plaintiff - Direct/Kalbian

2    those transactions?

3        A    The Bank of New York customer that ordered these

4    transactions, that's where I received the instructions

5    from.

6        Q    These two transactions that we have just been

7    discussing, both came from credits Swiss, is that correct?

8        A    Yes.

9        Q    Did you find any transactions here that involved

10   transfers from the Palestine Monetary Authority to any

11   Palestinian Embassy?

12               And you can use the chart 5A, if you wish,

13   if it will make it easier for you to answer.

14       A    Say the question again so that I understand.

15   Palestine Monetary --

16       Q    Were the originator, Palestine Monetary

17   Authority, and the beneficiary of the Palestine Embassy?

18       A    One second, please.

19               No, I do not.

20       Q    In fact, all the transactions involving Palestine

21   Monetary Authority are bank to bank.

22               Correct?

23       A    Where I see Palestine Monetary Authority, yes.

24       Q    And wherever you see Palestine Monetary Authority

25   on 5A, the transactions are bank to bank?

26       A    Let me clarify.

1              Goodwin - By Plaintiff - Direct/Kalbian

2                      Palestine Monetary Authority, not the two

3    items with the PM.

4        Q    We put those aside.  Now I am focusing on

5    Palestine Monetary Authority.  Those transactions are all

6    bank to bank.

7                      Correct?

8        A    Yes.

9        Q    Let's focus and isolate those transactions on

10   these charts that refers to the Palestine Monetary

11   Authority and we will quickly go through them.

12                     The first one appears on page 2 of 9.  It is

13   on the Palestine Monetary Authority quadrant of the

14   document.

15                     Is that -- is that not right?

16                     Why don't we go with the chart and not with

17   these blowups.  That's fine, you have got 5A with you.

18                     Right?

19       A    Yes.

20       Q    Or 5.  On page 2 of 9?

21       A    Yes.

22       Q    Per third transaction from the Palestine Monetary

23   Authority, where the originator is Arab Bank, PL/C, do you

24   see that?

25       A    Yes.

26       Q    And beneficiary, it says Palestine Monetary

```
 1              Goodwin - By Plaintiff - Direct/Kalbian

 2   Authority?

 3        A    Yes.

 4        Q    Do you see that?

 5        A    Yes, I do.

 6        Q    That went into the suspense account.

 7              Correct?

 8        A    Yes.

 9        Q    And which Bates stamp number did you obtain or

10   look at in order to prepare this particular entry?  Is

11   there a --

12        A    315 and 316.

13        Q    That's in Exhibit 5, binder 5A?

14              Is that correct?

15              It is in the exhibit binder 5A?

16        A    Yes.

17        Q    And again, did this involve the PIB account,

18   P-I-B account?

19        A    Yes.

20        Q    The next item, the originator here was Palestine

21   Monetary Authority, and it says, beneficiary, Palestine

22   Bank, Islamic.

23              Do you see that?

24        A    Yes.

25        Q    $140,000 transaction?

26        A    Yes.
```

Page 163

Goodwin - By Plaintiff - Direct/Kalbian

1

2    Q    And that's also in the suspense account?

3    A    Yes.

4    Q    And what is the Bates stamp number that is

5    related to that?

6    A    325 and 326.

7    Q    Those are the underlying documents.

8         Correct?

9    A    Yes.

10   Q    And again that was through the PIB account at

11   Bank of New York?

12   A    Yes.

13   Q    The next transaction was also on page 2 of 9,

14   what underlying documents did you look at to prepare that

15   entry?

16   A    Bates number --

17        MR. BIALO:  Excuse me.  I have a suggestion

18        for clarity of the record.

19        It is going to be impossible for anyone to

20        follow which line he is talking about.  Maybe

21        Mr. Kalbian can identify the transactions by the

22        dollar amount.  Because those are fairly unique and it

23        is a lot easier, and then we will know which

24        transaction we are looking at.

25        MR. KALBIAN:  Whatever will make it easier

26        for the Court to follow.

NELSON A. CARLO - OFFICIAL COURT REPORTER

1          Goodwin - By Plaintiff - Direct/Kalbian

2              THE COURT:  It is fine.  Whichever way you

3      wish to do it.

4              MR. BIALO:  This is the 649?

5      Q    Yes.  I am referring now --

6              THE COURT:  The Palestine Monetary Authority

7      transaction on page two.

8      Q    The originators of Palestine Monetary Authority,

9      beneficiary, Palestine Investment Bank, Ramallah.

10             Is that also involving the PIB account?

11     A    Yes.

12     Q    All right.  Page 3 of 9, there are several

13     entries here.  I think the entire page 2 of 9, or most of

14     it, last entries regarding the Palestine Monetary

15     Authority.

16             We looked at the third one.  That's the one

17     that went into the -- where there was insufficient funds.

18             Correct?

19     A    Yes.

20     Q    Looking at the two above those, the one with

21     beneficiary Bank of Jordan, and the Al-Quods Bank for

22     development and investment.

23     A    Yes.

24     Q    Those two transactions were in suspense?

25     A    Yes.

26     Q    And both transactions involved PIB account in

1              Goodwin - By Plaintiff - Direct/Kalbian

2   Bank of New York?

3       A    Yes.

4       Q    And your answer is the same for these

5   transactions, ma'am, regarding the question that the judge

6   asked you about originator, Palestine Monetary Authority,

7   looking at the underlying document, what is that telling

8   you with regard to those two transactions?

9       A    The exact same setup where my instruction from

10  PIB and Palestine Monetary Authority is showing up as the

11  originator on that.

12      Q    But the instructions again here are coming from

13  the Palestine International Bank?

14      A    Yes.

15              THE COURT:  That's on Monetary -- oh, I

16      see.  PIB.

17              MR. KALBIAN:  Yes.

18      A    Yes.  PIB.

19              THE COURT:  Can I ask you something which

20      may shorten this.

21              The copy that I have -- and I assume that's

22      a copy in evidence as well, let me look at the copy in

23      evidence -- it indicates the Bates number from which

24      each summary comes from, and where PIB was the entity

25      that instructed that the money be transferred.  It

26      says PIB under it in the section that says dollar

1          Goodwin - By Plaintiff - Direct/Kalbian

2     amount.

3               THE WITNESS:  Can I clarify something.

4               Instructed or received the funds.  Because

5     there are some transactions, they are on the other

6     side of the transactions they are receiving money.

7               THE COURT:  And you circled whether it was

8     instructed or received on here.

9               THE WITNESS:  The ones that are circled are

10    all those with Palestine Monetary Authority since

11    that's what we are focusing on today.

12              THE COURT:  And where it says PIB, let's

13    look at page two, the third transaction from the

14    Palestine Monetary Authority.  PIB is written?

15              THE WITNESS:  Yes.

16    Q    And that would show that -- when the --

17    A    They were the beneficiary, yes.

18    Q    And the next item also says PIB in the dollar

19    column by the Palestine Monetary Authority is the

20    originator, and there it would indicate that PIB is the

21    originator bank.

22              Am I correct?

23    A    Yes.

24    Q    So, all of these are marked and I don't know if

25    we need to question about what is marked.  All right.

26              MR. KALBIAN:  All right.

NELSON A. CARLO - OFFICIAL COURT REPORTER

1          Goodwin - By Plaintiff - Direct/Kalbian

2              THE COURT:  Except for anything that is

3      different.

4              MR. KALBIAN:  All right.  I will move it

5      along, then, your Honor.

6      Q    On page 3 of 9, the last transaction, and I will

7      give you the transaction number, internal reference of

8      FTSO5051755785OO.  It says, originator Union Bank for

9      Savings and Investment, Amman, and beneficiary, Union Bank

10     for Savings and Investment, Ramallah.

11             Why were those funds placed in a suspense

12     account?

13     A    Because on this instruction, which is Bates

14     number 146, the instructions were coming from the Union

15     Bank of Savings and Investment in Amman to go to the

16     Palestine International Bank, favor Palestine Monetary

17     Authority, with reference for further credit, Union Bank

18     of Savings and Investment, Ramallah branch.

19             So this chart gives the two far ends of the

20     transaction.  So it was suspense for the mention of

21     Palestine Monetary Authority.

22     Q    So these funds were going to the Palestine

23     Monetary Authority account with PIB?

24     A    Yes.

25     Q    That's where they were destined?

26     A    Yes.

1              Goodwin - By Plaintiff - Direct/Kalbian

2              THE COURT:  And the item right above that

3       item, which is for 10 million and change.

4              THE WITNESS:  Yes.

5              THE COURT:  It does not say PIB there.  It

6       says something else.  And what is that?

7              THE WITNESS:  What that says is Cairo

8       Amman.  My notes says, Cairo Amman, as well as

9       F-O-R-T-I-S, and Deutsche, D-E-U-T-S-C-H-E.

10             THE COURT:  What does that mean?

11             THE WITNESS:  The flow of funds, this

12      transaction in question.  The Bank of New York

13      received an incoming deposit from Deutsche Bank,

14      New York, and that deposit showed Fortis Bank in

15      Brussels as the ordering party, instructing us to pay

16      our account for Cairo Amman Bank in Ramallah, for

17      further credit, the Palestine Monetary Authority.

18             THE COURT:  So Palestine Monetary Authority

19      was the beneficiary?

20             THE WITNESS:  Yes.

21             THE COURT:  But it did not go to PIB?

22             THE WITNESS:  Correct.

23      Q    So in this instance, the Bank of New York was

24      acting as a correspondent bank for another bank other than

25      PIB.

26             Correct?

1          Goodwin - By Plaintiff - Direct/Kalbian

2     A    Correct.

3     Q    And those funds are in the suspense account.

4          Correct?

5     A    Yes.

6          THE COURT:  I have another question.

7          On page 6, the third item down also

8     references as the originator of the PMA, but it

9     doesn't involve PIB again.  It says something else

10    there.

11         What does that say?

12    A    Commerze Bank.  Sorry.  My handwriting is

13    horrendous.

14    Q    And then, again, the same as on page 8, is that

15    also Commerze?

16    A    Yes, all three transactions are Commerze.

17         MR. KALBIAN:  Court's indulgence?

18         THE COURT:  Yes.

19         (Short pause.)

20         MR. KALBIAN:  Thank you, Ms. Goodwin.

21         THE COURT:  Are you through?

22         Is there cross?

23         MR. TOLCHIN:  Yes.

24         Thank you, your Honor.

25    CROSS EXAMINATION

26    BY MR. TOLCHIN.

```
 1              Goodwin - By Plaintiff - Cross/Tolchin

 2      Q    Ms. Goodwin, was there an earlier version of this

 3   frozen funds chart?

 4      A    Held funds, yes.

 5      Q    Was there an earlier version of that?

 6      A    Yes.

 7      Q    And do you have that earlier version with you?

 8      A    No.

 9      Q    This was attached to -- this was Exhibit C to the

10   affidavit of Shelby Fetter (phonetic) in response to

11   the -- okay, I may have another copy of it.  Bear with me

12   for one moment.

13              THE COURT:  Here, I have it.

14              MR. TOLCHIN:  Do you have it?

15              THE COURT:  Yes.  You are referring to

16        Exhibit C?

17              MR. TOLCHIN:  Exhibit C, it looks like this,

18        your Honor.

19              THE COURT:  All right.

20              MR. TOLCHIN:  Could we mark this for

21        identification and I can make a copy of this, not

22        bound up, afterwards, if you want, it would be easier.

23              THE COURT:  At this point let's just deem it

24        marked for identification as Defendants' Exhibit A.

25              All right.  Very good.  Thank you.

26      Q    Ms. Goodwin, if you can turn to the fourth page,
```

1              Goodwin - By Plaintiff - Cross/Tolchin

2    the pages are not numbered, unfortunately.

3              There is a transaction dated 5/17/05, again,

4    Cairo Amman Bank and the Palestine Monetary Authority?

5       A    Yes.

6       Q    That's a transaction in the amount of 9,600,630?

7       A    Yes.

8       Q    There's a comment to the right, cancel due to

9    incomplete wire instruction?

10      A    Yes.

11      Q    And first of all, what was this chart?  What was

12   this chart?

13      A    Yes.  It was the first chart of transaction

14   involved in the TRO.

15      Q    And in what way is this chart different from what

16   is in evidence in Exhibit 5?

17      A    Exhibit 5 has additional transactions that were

18   identified in transactions that weren't in suspense or

19   part of it were taken out.

20      Q    So 5 is an update of A?

21      A    Yes.

22      Q    Does this -- first of all, your Honor, I would

23   like to move --

24              MR. BIALO:  Your Honor, I would like to move

25        Exhibit A into evidence.

26              THE COURT:  All right.

1          Goodwin - By Plaintiff - Cross/Tolchin

2                    Is there any objection?

3                    MR. KALBIAN:  I have no objection.

4                    THE COURT:  I am going to dissect one of my

5          motions.  I have -- there is a copy also, and in

6          Mr. Shapiro's affidavit.  And what I will do, I will

7          pull that out and we will mark that into evidence

8          without objection.

9                    MR. TOLCHIN:  Thank you very much, your

10         Honor.

11         Q    Ms. Goodwin, does that $9,630,000 transaction

12    appear in Exhibit 5?

13         A    No.

14         Q    Why not?

15         A    Because it's not a transaction that was

16    suspended, it was not a transaction that was identified as

17    being possibly part of this until after it was cancelled.

18         Q    Was that transaction cancelled?

19         A    Yes.

20         Q    Who cancelled it?

21         A    Payment processing staff of the Bank of New York

22    on direction from Cairo Amman Bank.

23         Q    Take a look at Exhibit A.

24                    Do you see the notation, it says, cancelled

25    due to incomplete wire instructions?

26                    Do you see that?

1              Goodwin - By Plaintiff - Cross/Tolchin

2      A    Yes.

3      Q    Now, could you look please at document BNY14.

4      A    Yes.

5      Q    What was incomplete about the wiring

6  instructions, if anything?

7      A    I believe that to be an incorrect statement on

8  this first exhibit.  On Exhibit A.

9      Q    Who put that inaccurate statement there?

10     A    Someone on my staff.

11     Q    So, you would agree with that there is nothing

12  wrong with the wiring instructions?

13     A    In looking at it, couldn't tell, don't know if

14  there was a problem with it in Cairo Amman's indication.

15     Q    From looking at Exhibit 14, does it look like all

16  the required fields are there?

17     A    Yes.

18     Q    As you would review this -- you work with

19  documents like Exhibit 14 every day, don't you?

20     A    Yes.

21     Q    So you would know from your professional

22  experience whether it is incomplete or not, would you not?

23     A    I can effect this transfer.

24     Q    You would be able to effect this transfer?

25     A    Yes.

26     Q    Was there a swift communication?  Swift

1              Goodwin - By Plaintiff - Cross/Tolchin

2      communication, do you know what I mean by swift

3      communication?

4          A     Yes.

5          Q     What is it?

6          A     Swift is a financial message, authenticated

7      messaging system that financial institutions instructions

8      and messages back and forth to each other.

9          Q     Would it be fair to say that is a computer

10     network between the banks that the banks use to send wire

11     transfers?

12         A     Wire transfer, financial information.  Not

13     limited to wire transfers.

14         Q     Is it fair to say that all the transfers that we

15     are talking about here were swift transfers?

16         A     In this whole document?

17         Q     Exhibit 5.

18         A     No.

19         Q     Which ones were not swift transactions?

20         A     The transactions with my reference number start

21     off with an FD, as in Frank David, are incoming deposits

22     from other fed wire or chip clearing house banks.

23         Q     And fed inquire and chips are other systems

24     similar to swift?

25         A     Fed wire and chips are payments systems and swift

26     is a pledging system messaging system.

Page 175

1              Goodwin - By Plaintiff - Cross/Tolchin

2        Q    And in the document Bates Number 14 --

3    withdrawn.

4              When a transaction is cancelled, that

5    cancellation is something that would be transmitted over

6    the swift system as well.

7              Correct?

8        A    Swift message to cancel the transactions.

9        Q    In your review of the document, did you come

10   across any swift messages asking you to cancel this

11   $9,630,000 transaction?

12       A    It's not in my documents.  But it would be back

13   at the bank.

14       Q    Have you seen it?

15       A    I have not seen it.

16       Q    So do you know for a fact that there was such a

17   message?

18       A    Yes.  I was told.

19       Q    Who told you that?

20       A    The payment area that cancelled it.

21       Q    But you have not actually seen it?

22       A    Correct.

23       Q    You just don't know what exactly happened with

24   this transaction?  Other than somebody told you that it

25   was cancelled, you don't have personal knowledge of what

26   happened to this $9,600,000?

1            Goodwin - By Plaintiff - Cross/Tolchin

2      A    I have not seen the document myself.  But was

3   told by the area that did it.

4      Q    All right.

5            And you don't know the date that that

6   cancellation instruction came in?

7      A    No.

8      Q    If you will, can you look at document BNY1.

9            I just want to go over with you a few pieces

10  of information reflected on this document.

11           Can you tell us what is this document?

12     A    It is a copy of a transaction record of the Bank

13  of New York.

14     Q    And what system generates this document?

15     A    Funds transfer system of the Bank of New York.

16     Q    The Bank of New York internal computer system?

17     A    Yes.

18     Q    And where does the Bank of New York's internal

19  computer system get the information?

20     A    From the incoming payment instruction.

21     Q    And would you agree with me that document BNY124

22  is the actual incoming swift message that corresponds to

23  BNY1?

24     A    Yes.

25     Q    Is it fair to say that both BNY1 and 124 contain

26  the same information but in a different format?

1          Goodwin - By Plaintiff - Cross/Tolchin

2     A    Yes.

3     Q    And would you agree with me that the format in

4    BNY1 is designed to be easier for humans as opposed to

5    computers to read?  It is more readable?

6     A    I can read both of them, but it is not --

7              THE COURT:  The other document is BNY --

8              MR. TOLCHIN:  124, your Honor.

9              THE WITNESS:  124 is the instruction that we

10        received, which electronically is inserted into the

11        Bank of New York funds transfer system, which then

12        carries out the instruction.

13    Q    That process of taking the incoming swift

14    instruction and putting into the funds transfer system,

15    have you ever heard that called unpacking?

16    A    It is unpacked into the funds system?  Yes.  That

17    terminology is used.

18    Q    Take a look at BNY 1.

19              Do you see on the upper right, there is a

20    number 52D and it's the Palestine Monetary Authority?

21    A    Yes.

22    Q    What is 52D?

23    A    Originating bank.

24    Q    Is that a field name?

25    A    A swift field tic.

26    Q    So, any time that we see 52D in one of these

1              Goodwin - By Plaintiff - Cross/Tolchin

2      documents, in one of these swift documents, it has the

3      same meaning?

4          A    Correct.

5          Q    And tell us what does field 352 mean,

6      originating?

7          A    The originating institution.

8          Q    And let's take a look down at the Palestine

9      Monetary Authority.  Down in the middle it says, message

10     type 202?

11         A    Yes.

12         Q    What is message type 202?

13         A    Bank transfer.

14         Q    Is that a type of swift transfer?

15         A    It is a type of swift message.

16         Q    And what is the meaning of 202?  Who can be a

17     party to 202?

18         A    It is a bank-to-bank transfer.

19         Q    So in -- swift 202 messages, the only parties to

20     that transaction can be banks?

21         A    That's the intention of a 202.

22         Q    There cannot be private parties using 202?

23         A    There is not supposed to be.

24         Q    And there are other formats for private parties

25     to make transfers.

26              Correct?

Page 179

1              Goodwin - By Plaintiff - Cross/Tolchin

2      A     Yes.  If everybody follows the rules, yes.

3      Q     Right above where it says 52D at the top it has

4   the word sender.

5              What does it mean?

6      A     It is who sent the swift instruction.

7      Q     Does that -- withdrawn.

8              Just to the right of the word sender, there

9   is a Keith P-A-I-T-T-S, 22.

10             Do you see that?

11     A     No.

12     Q     Do you see the word sender?

13     A     Yes.

14     Q     And just to the right of the -- what's the value

15  of the sender?

16     A     Sender is look sent the swift instruction to me.

17     Q     And it says there, you are looking at OO1?

18     A     Yes.

19     Q     And your copy doesn't say B-A-I-T?

20     A     Yes.  P-A-I-T-T-S, 22.

21     Q     Is that a code?

22     A     A swift address.

23     Q     And that corresponds to a financial institution?

24     A     PIB.

25     Q     And how can you tell that?

26     A     Because I can tell by looking it up or when the

1              Goodwin - By Plaintiff - Cross/Tolchin

2     instructions are received for funds transfer system,

3     unpacks the Swiss address to identify the sender, who the

4     sender is.

5          Q    In other words, the funds transfer system looks

6     it up automatically and fills it in over here on the left

7     of BNYO1.  So it appears here on BNY001 as both the code

8     and in the unpack form?

9          A    Yes.

10         Q    Now, what is swift 202 transfer?  What is the

11    role of the sender?

12         A    The party that is sending the instruction to me.

13    It is usually the debit party of the transaction.

14         Q    The party that sends the instruction.  All

15    right.

16              Does that necessarily mean that the party

17    that it is the party who is sending the money?

18         A    It is the party whose account I am going to touch

19    based on the instruction.

20         Q    All right.  Looking at 001, would Palestine

21    Monetary Authority in the 52D field and PIB as the sender,

22    can you tell where the money originated?

23         A    From the face of this transaction, PIB indicates

24    that Palestine Monetary Authority is the originating

25    institution.

26         Q    So the money, somehow, came from the Palestine

1          Goodwin - By Plaintiff - Cross/Tolchin

2    Monetary Authority?

3          A    Based on this instruction, that's what is in that

4    field.  I cannot speak to physically their movement.

5          Q    You cannot tell how the money got from PMA to the

6    PIB?

7          A    Right.

8          Q    It would be certainly possible that the Palestine

9    Monetary Authority has an account at the PIB?

10         A    Possible.

11         Q    So this transaction is consistent with the

12   Palestine Monetary Authority instructing the PIB to take

13   money from its account, the PMA account, at the PIB, and

14   to send it on pursuant to the instructions?

15         A    Yes.

16         Q    It would also be possible that somebody actually

17   physically, somebody from the Palestine Monetary Authority

18   physically brought cash to the PIB?

19              MR. KALBIAN:  Objection.  Speculation.

20              MR. TOLCHIN:  I am asking if it's possible.

21              THE COURT:  I will allow it.  I will allow

22     it.

23         A    Yes.

24         Q    Other than bringing in cash or the PMA having an

25   account at the PIB, is there any other way that this

26   transaction could have taken place, based on your

1                Goodwin - By Plaintiff - Cross/Tolchin

2    experience?

3        A    I don't understand the question.

4        Q    All right.  We talked about two ways that the

5    originating bank could get the money for this transfer to

6    the sender.  They could give cash, or they could have an

7    account at the sender's bank.

8                Are there any other choices or is it any one

9    of those two?

10       A    I believe it would be one of those two.

11       Q    And would you agree with me, from your experience

12   in dollar amount such as these transactions, that it is

13   more than likely that it was the PMA had an account with

14   the PIB?

15       A    Yes.

16       Q    And, in fact, you heard Mr. Abu-Habsa this

17   morning that, in fact, the Palestine Monetary Authority

18   has an account at the PIB?

19       A    Yes.

20       Q    Now, on the left, just above where it says PIB,

21   we are on document 001, do you see that there is a

22   notation DB and a number 89004289755?

23       A    Yes.

24       Q    What does DB field mean?

25       A    Debit.

26       Q    And what is that number?

1          Goodwin - By Plaintiff - Cross/Tolchin

2     A    The Bank of New York account number of PIB.

3     Q    All right.  And just above the DB field there is

4    a field pay and it says book.

5     A    Yes.

6     Q    What does pay book mean?

7     A    This transaction would be paid via a book

8    transfer because the other party to the transaction also

9    maintains an account at the Bank of New York.  So it would

10   be a transfer from one account at the Bank of New York to

11   another account at the Bank of New York.

12    Q    So any time the sender and the credit party have

13   an account at Bank of New York, Bank of New York just

14   moves money on its books from one account to the other.

15              Is that correct?

16    A    Yes.

17    Q    If the sender and the credit party don't both

18   have an account at the Bank of New York, what do you do?

19    A    We pay the instruction, either through the fed

20   wire system or through chips, the clearing house payment

21   system.

22    Q    And the fed wire system, would be if you are

23   dealing with banks that are all members of the Federal

24   Reserve?

25    A    Fed wire system are all federal backs yes.

26    Q    And if it is a bank not a member of the reserve,

1              Goodwin - By Plaintiff - Cross/Tolchin

2    you have to use chips?

3        A    No, the members of the clearing house with the

4    chips banks are also fed banks.

5        Q    They can use either, but if you have a bank that

6    is not a federal reserve bank, you have to use swift or

7    clips?  Sorry, you have to use chips?

8        A    It is more likely that a bank is a member of

9    chips and fed than -- fed not normal for a fed wire bank

10   for -- it is not normal for a bank not to be a fed wire

11   member, but to be a chips member.

12       Q    All right.  Let's come down on the BNY001.  There

13   is a code OGB and in that field, there is a field code,

14   OGB and in that field it says, Palestine Monetary

15   Authority.

16            What does the field OGB mean?

17       A    Originating bank.

18       Q    So it's the same as 52D?

19       A    Yes.

20       Q    So where it says OGB on the left, is the

21   unpacking of 52D on the right?

22       A    Yes.

23       Q    All right.

24            We come down about a third of the way, and

25   it says CR and then there is a number 890003357614.

26            What does CR mean?

1           Goodwin - By Plaintiff - Cross/Tolchin

2       A    Credit.

3       Q    Does that field -- that's a swift field

4    identifying the credit party?

5       A    It is the Bank of New York transaction record

6    identifying the credit party.

7       Q    So anywhere it says CR that says where Bank of

8    New York is going to put this money?

9       A    Yes.

10      Q    And in the case of BNY001 it says Egypt Arab Land

11   Bank?

12      A    Yes.

13      Q    And on the right, there is a field 58A.

14      A    Yes.

15      Q    Do you see that?

16      A    Yes.

17      Q    And there seems to be two rows for 58A, one has a

18   number and the next last ARLBES 22?

19      A    Yes.

20      Q    What is the significance of 52?

21      A    Well --

22      Q    58A.  Excuse me?

23      A    The party to pay, the first line is the Bank of

24   New York account number and the second line is the swift

25   address for Egyptian Arab Land Bank.

26      Q    So again 58A is the swift code and it is unpack

```
 1              Goodwin - By Plaintiff - Cross/Tolchin

 2    on the left and written out as CR.

 3                 Is that correct?

 4      A    Yes.

 5      Q    Arab Land.  Sorry?

 6      A    Yes.

 7      Q    Now, again looking at BNY document one, just

 8    under Egyptian Arab Land Bank it gives an address in

 9    Jerusalem, Israel, and under that it says BBK.

10                 Do you see that?

11      A    Yes.

12      Q    And what is the field BBK?

13      A    It's the next party in the chain.

14      Q    And in this case, BBK is blank?

15      A    Yes.

16      Q    What it is significance of that?

17      A    On this instruction, there is not a party on this

18    instruction after that.

19      Q    So does that mean that this transaction, the

20    ultimate destination of this money would have been

21    Egyptian Arab Land Bank?

22      A    For the document that I have, yes.

23      Q    And just a little bit lower than that there is a

24    field BNF, like in Frank?

25      A    Yes.

26      Q    What does that mean?
```

1          Goodwin - By Plaintiff - Cross/Tolchin

2     A     Beneficiary.

3     Q     And what is the meaning of that field?

4     A     It says beneficiary field for Bank of New York

5     instructions, if you look at the credit party, CR is the

6     first credit party, BBK would be the second and BNF would

7     be the third.  Depending on how many credit parties you

8     have in a credit transaction.

9     Q     Which would not be applicable to this particular

10    transaction?

11    A     Correct.

12    Q     And come all the way down to the Palestine

13    Monetary Authority in the middle, there is some date

14    fields.

15              Do you see origin and value?

16    A     Yes.

17    Q     Could you explain what origin and value is?

18    A     O-R-G-I-N is the originating date.  It is the

19    date that I receive the swift instruction.  The value date

20    is the value that I value -- that I am supposed to -- the

21    date that I am supposed to make the payment on.

22    Q     And there is another date below that.

23    A     The debit value date.

24    Q     DB or DR?

25    A     It is DR.

26    Q     All right.  That's the debit value date.

1              Goodwin - By Plaintiff - Cross/Tolchin

2       A    Yes.

3       Q    And in this case BNY1, they are all the same, May

4    17, 2005?

5       A    Yes.

6       Q    Now, look on the left, there is something called

7    swift 20?

8       A    Yes.

9       Q    What is the significance of the field swift 20?

10      A    There is a reference field.  Swift 20 is the

11   originated source reference, swift 21 is the bene,

12   beneficiary.

13      Q    You call the bene as a nickname?

14      A    Yes.  Sorry.

15      Q    It is okay.  So that would be, if this money were

16   to be applied to some transaction, that would be a

17   place -- swift 21 would be a place that you can note it?

18      A    For reference numbers.

19      Q    So you can put a purchase number order or

20   contract number or anything that you want there?

21      A    It is a preformat field.

22      Q    And in this case, the swift 21 field says NON.

23      A    Yes.

24      Q    What is the meaning of NON?

25      A    Don't know.

26      Q    Have you seen that before?

1                Goodwin - By Plaintiff - Cross/Tolchin

2       A    No.

3       Q    Now, right under swift 21 there is a field AMT.

4       A    Yes.

5       Q    What is the meaning of AMT?

6       A    That's the dollar amount.

7       Q    So this transaction reflected in BNY1 would have

8    been a $184,990 transaction?

9       A    Yes.

10      Q    Okay.

11                THE COURT:  Are you going to be much

12      longer?

13                MR. TOLCHIN:  Not terribly, but if he needs

14      a break.

15                THE COURT:  He needs a break, but she has to

16      get out of here.

17                I just want to know how much longer you are

18      going to be.

19                MR. TOLCHIN:  Not too much longer.

20                (Whereupon, a recess was had.)

21                THE COURT:  All right.  Let's continue.

22                And I remind you you are still under oath.

23      Q    Could you look at the document BNY10.

24      A    Yes.

25      Q    Does that -- do you recall that Mr. Kalbian asked

26    you about a transaction where the Union Bank of Amman was

1          Goodwin - By Plaintiff - Cross/Tolchin

2     the ordering party and the Union Bank for Savings and

3     Investment from Ramallah would be the beneficiary?

4          A     Union Bank for Savings and Investment as the

5     originator and the beneficiary.

6          Q     Well, isn't the originator Amman and the

7     recipient's in Ramallah?

8          A     Yes.

9          Q     Looking at the NY 10, do you see there is a field

10    57D?

11         A     Yes.

12         Q     57D was not on the BNY1 that we talked about

13    before.

14                    Correct?

15         A     Yes.

16         Q     What is field 57D?

17         A     Intermediary bank.

18         Q     And this case, who is -- what institution was in

19    57D?

20         A     PIB.

21         Q     And then do you see 58D?

22         A     Yes.

23         Q     And what institution is in 58D?

24         A     Palestine Monetary Authority.

25         Q     And what is 58D?

26         A     It is the beneficiary institution.

1           Goodwin - By Plaintiff - Cross/Tolchin

2      Q    All right.  And then, underneath 58D, it

3   says/BNF, further credit to, do you see that?

4      A    Field 72.

5      Q    All right.  And what is field 72?

6      A    Bank to bank information.

7      Q    So this is -- would it be fair to say that field

8   72 is telling the Palestine Monetary Authority what to do

9   with their money?  With this money?

10     A    It can be inferred, yes.

11     Q    Is that the meaning of field 72?

12              I don't want to infer anything.

13     A    That's what the instruction 72, further credit to

14  Union Bank for Savings and Investment, Ramallah branch,

15  account number 6001491.

16     Q    All right.

17              MR. BIALO:  I have no more questions.

18              THE COURT:  Any redirect?

19              MR. KALBIAN:  I have no redirect.

20              THE COURT:  You are excused, ma'am.

21              (Witness excused.)

22              THE COURT:  We are going to break right

23     now.

24              THE COURT:  All right.  Counsel.

25              MR. KALBIAN:  Sorry, your Honor.

26              THE COURT:  You have further witnesses.

```
 1              Goodwin - By Plaintiff - Cross/Tolchin

 2              MR. KALBIAN:  I do.  Yes, I have three

 3       further witnesses.

 4              THE COURT:  Okay.

 5              MR. KALBIAN:  One is an expert.

 6              THE COURT:  All right.  The witnesses that

 7       you have from out of the country are not experts.

 8              Am I correct?

 9              MR. KALBIAN:  That is correct.

10              THE COURT:  So you have two more of those.

11              MR. KALBIAN:  Yes, ma'am.

12              THE COURT:  Let's do those tomorrow so we

13       can finish with them if they need to go home, they can

14       go home.  I have a calendar in the morning.  We will

15       adjourn until 2:15 tomorrow afternoon.

16              MR. KALBIAN:  All right.

17              THE COURT:  And we will try to do them both

18       in the afternoon tomorrow.  If we can do more, we will

19       do more.  I don't know if we can.

20              MR. KALBIAN:  Are we adjourned for today?

21              THE COURT:  Yes.

22              (Proceedings adjourned.)

23

24

25

26
```