**From:** Robert Tolchin [mailto:RJT@TolchinLaw.com]
**Sent:** Sunday, April 08, 2007 10:59 AM
**To:** hkalbian@kalbianhagerty.com; 'BIALO, Kenneth M.'; 'McCOY, Matthew K.'; 'Scott R. Emery'
**Cc:** RJT@TolchinLaw.com
**Subject:** Palestine Monetary Authority

Counsel,

As you are aware, Justice Kornreich has granted summary judgment in the Ungars' proceeding against the PMA funds held by BNY.

I note however that the PMA funds at BNY remain restrained by an execution/restraining notice served on BNY recently in the matter of <u>Knox v. Palestinian Authority</u>, 03 Civ. 4466 (VM)(THK) (S.D.N.Y).

In light of Justice Kornreich's decision, we will need to conduct some consultations regarding whether the <u>Knox</u> plaintiffs intend to stand on their execution/restraining notice, and to proceed against these funds.

I expect to be able to inform you of the position of the <u>Knox</u> plaintiffs by no later than Monday, April 16, 2007.

--Bob