**From:** Robert Tolchin [mailto:RJT@TolchinLaw.com]
**Sent:** Wednesday, April 18, 2007 6:57 AM
**To:** 'Haig Kalbian'
**Cc:** 'BIALO, Kenneth M.'
**Subject:** PMA

Haig,

I write as a courtesy to inform you that the Knox plaintiffs will be seeking turnover of the PA/PMA funds held by BNY. Their turnover action should be filed in the next few days.

At the same time, I reiterate what I told you in my email yesterday, i.e. that the Knoxes have no objection to the PMA resuming its clearance activities in New York forthwith, and the Knoxes are prepared at any time to enter a stipulation to that effect.

--Bob