OFFICE OF FOREIGN ASSETS CONTROL

Global Terrorism Sanctions Regulations, 31 C.F.R. Part 594
Terrorism Sanctions Regulations, 31 C.F.R. Part 595
Foreign Terrorist Organizations Sanctions Regulations, 31 C.F.R. Part 597

General License No. 4

**Transactions with entities under the control of the Palestinian President and certain other entities.**

(a) U.S. persons are authorized to engage in all transactions otherwise prohibited under 31 C.F.R. parts 594, 595, or 597 with the following entities and individuals:

    (i) the Palestinian Authority Presidency, including only the Office of the President, Presidential Security, General Intelligence Apparatus, Governors and Governorate staff, the Attorney General's Office, the Palestine Investment Fund (PIF), the Border Crossings Administration, and the Palestine Broadcasting Corporation (including the Voice of Palestine, Wafa News Agency, and the General Public Information Agency / State Information Services);

    (ii) the Palestinian Judiciary, including the Higher Judicial Council;

    (iii) members of the Palestinian Legislative Council (PLC) who were not elected to the PLC on the party slate of Hamas, or any other Foreign Terrorist Organization (FTO), Specially Designated Terrorist (SDT), or Specially Designated Global Terrorist (SDGT); and

    (iv) the following independent agencies: the Central Elections Commission; the Independent Citizens Rights Commission; the General Audit Authority / External Audit Agency; and the Palestinian Monetary Authority.

(b) U.S. financial institutions are authorized to reject transactions with members of the Palestinian Legislative Council (PLC) who were elected to the PLC on the party slate of Hamas or any other Foreign Terrorist Organization (FTO), Specially Designated Terrorist (SDT), or Specially Designated Global Terrorist (SDGT), provided that any such individuals are not named on OFAC's list of Specially Designated Nationals and Blocked Persons.

(c) Nothing in this license authorizes a debit to an account of the Palestinian Authority on the books of a U.S. financial institution or to any account blocked pursuant to 31 C.F.R. parts 594, 595, or 597.

Dated: April 12, 2006

Barbara C. Hammerle
Acting Director
Office of Foreign Assets Control