SUPREME COURT STATE OF NEW YORK
COUNTY OF NEW YORK

----------------------------------------------------------------------x

THE PALESTINE MONETARY AUTHORITY,

                              Plaintiff,

-against-

DAVID STRACHMAN, as administrator of the Estate of
YARON UNGAR, et al.,

                             Defendants.

Index No. 107777/05

**STIPULATION OF PARTIAL
<u>DISCONTINUANCE</u>**

----------------------------------------------------------------------x

THE ESTATE OF YARON UNGAR, by and through the
administrator of his Estate, DAVID STRACHMAN, et al.,

                             Plaintiffs,

-against-

THE PALESTINIAN AUTHORITY, et al.

                             Defendants.

Index No. 105521/05

----------------------------------------------------------------------x

      IT IS HERBY STIPULATED AND AGREED by and between the undersigned

counsel for the parties herein, that all claims for damages asserted herein by the

PALESTINE MONETARY AUTHORITY, including the claims asserted in the third cause

of action in the PALESTINE MONETARY AUTHORITY's first amended complaint, are

and shall be discontinued and dismissed, with prejudice and without costs or disbursements related to the discontinued claims.

Dated: New York, New York
        May 23, 2006

JAROSLAWICZ & JAROS

By: _____
        Robert J. Tolchin, Esq.
150 William Street, 19th Floor
New York, NY 10038
*Attorneys for Defendants*
*DAVID STRACHMAN, as administrator of*
*the Estate of YARON UNGAR, et al.,*

BUSHELL & VALLIERE LLP

By: _____
        Cem Ozer, Esq.
60 East 42nd Street
New York, NY 10165
*Attorneys for Plaintiff*
*Palestine Monetary Authority*

SO ORDERED,

_____
SHIRLEY W. KORNREICH, J.S.C.
Date: