UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
LESLYE KNOX, Individually, and as Natural Guardian :
of Plaintiffs Jordan Terrell Ellis, Reuven Carter, :
Shanon Carter, Shayrah Carter, Yoshavyah Carter and : 07 Civ. 3349 (VM)
Amitai Carter, JORDAN TERRELL ELLIS, minor, :
REUVEN CARTER, minor, SHANON CARTER, minor, : **MOTION TO ADMIT COUNSEL**
SHAYRAH CARTER, minor, YOSHAVYAH CARTER, : **PRO HAC VICE**
minor, AMITAI CARTER, minor, by their Next Friend and :
Guardian Leslye Knox, and TSAPHRIRAH ELLIS, :
                                                              :
                    Plaintiffs-Judgment Creditors,  :
                                                              :
              - against -                                 :
                                                              :
THE BANK OF NEW YORK,                         :
                                                              :
                    Defendant-Garnishee             :
                                                              :
PALESTINE MONETARY AUTHORITY,       :
                                                              :
                    Applicant for Intervention.        :
------------------------------------------------------------------------X

Pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Court for the Southern District of New York, I, James R. Lynch, Esq., a member of the bar of this Court, will move this Court, at 10:00 a.m. on June 1, 2007, or as soon thereafter as counsel may be heard, for an order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | Haig V. Kalbian |
| Firm Name: | Kalbian Hagerty LLP |
| Address: | 888 17th Street, NW, Suite 1000 |
| City/State/Zip: | Washington, DC 20006 |
| Telephone/Fax: | (202) 223-5600/(202) 223-6625 |
| Email Address: | hkalbian@kalbianhagerty.com |

1

Mr. Kalbian is a member in good standing of bars of the District of Columbia, the Commonwealth of Virginia, and is inactive in the State of Pennsylvania.[1]

Dated: May 22, 2007  
New York, New York

Respectfully submitted,

*/s/ James R. Lynch*  
James R. Lynch (JL-2778)  
LYNCH DASKAL EMERY LLP  
264 West 40th Street  
New York, New York 10018  
(212) 302-2400  
*Attorneys for Palestine Monetary Authority*

TO: Robert J. Tolchin, Esq.  
Jaroslawicz & Jaros  
150 William Street, 19th Floor  
New York, NY 10038

David Strachman, Esq.  
Mcintyre, Tate & Lynch, LLP  
321 South Main Street, Suite 400  
Providence, RI 02903  
*Attorneys for Plaintiffs/Judgment Creditors*

Kenneth M. Bialo, Esq.  
Emmet, Marvin & Martin, LLP  
120 Broadway, 32nd Floor  
New York, NY 10271  
*Attorneys for Defendant-Garnishee*

---

[1] As indicated in the accompanying Affirmation, Mr. Kalbian is registered as "voluntarily inactive" in the Supreme Court of Pennsylvania as of August 1, 1986.

James R. Lynch (JL-2778)
LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, NY 10018
(212) 302-2400

-and-

KALBIAN HAGERTY L.L.P.
888 17th Street, NW, Suite 1000
Washington, DC 20006
(202) 223-5600

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
LESLYE KNOX, Individually, and as Natural Guardian
of Plaintiffs Jordan Terrell Ellis, Reuven Carter,
Shanon Carter, Shayrah Carter, Yoshavyah Carter and   : 07 Civ. 3349
Amitai Carter, JORDAN TERRELL ELLIS, minor,
REUVEN CARTER, minor, SHANON CARTER, minor,  : **AFFIRMATION OF**
SHAYRAH CARTER, minor, YOSHAVYAH CARTER,    : **JAMES R. LYNCH**
minor, AMITAI CARTER, minor, by their Next Friend and : **IN SUPPORT OF MOTION**
Guardian Leslye Knox, and TSAPHRIRAH ELLIS,        : **TO ADMIT COUNSEL**
                                                   : **PRO HAC VICE**

              Plaintiffs-Judgment Creditors,

              - against -

THE BANK OF NEW YORK,

              Defendant-Garnishee

PALESTINE MONETARY AUTHORITY,

              Applicant for Intervention.
-------------------------------------------------------------------X

Pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Court for the Southern District of New York Governing Admission to the Bar, James R. Lynch, Esq., a member of the bar of this Court, hereby moves for the admission of Haig V. Kalbian, Esq., *pro hac vice*. In support of said motion, I state as follows:

1. I am a member of the law firm of Lynch Daskal Emery LLP, whose office is located at 264 West 40th Street, New York, New York 10018.

2. I am a member in good standing of the Bar of the State of New York and of the Bar of the State of New Jersey. I am admitted to practice before this Court, the United States District Court for the Eastern District of New York, the United States District Court for the Northern District of New York, and the United States District Court for the District of New Jersey, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, and the United States Supreme Court.

3. For this amended motion, I rely on the Affidavit of Haig V. Kalbian, attached hereto as Exhibit A, in which Mr. Kalbian affirms that: (A) he is an attorney with the law firm of Kalbian Hagerty L.L.P., 888 17th Street, NW, Suite 1000, Washington, D.C. 20006; (B) he is a member in good standing of bars of the highest state courts in two jurisdictions, the District of Columbia, the Commonwealth of Virginia, and is inactive in the State of Pennsylvania[1]; (C) there have been no disciplinary actions filed against Mr. Kalbian in any jurisdiction nor is he aware of any threatened action; and (D) he has been retained, through Kalbian Hagerty L.L.P., by Proposed Intervenor, Palestine Monetary Authority as counsel to represent his interests in the case captioned above.

4. Mr. Kalbian is also admitted to practice in the United States District Court for the District of Columbia, the United States District Court for the District of Maryland, the United States Bankruptcy Court for the District of Maryland, the United States Court of Appeals for the District of Columbia Circuit, the United States District Court for the Eastern District of Virginia and the United States Court of Appeals for the Second Circuit.

5. Mr. Kalbian is not a member of the Bar of the State of New York.

6. I certify that Mr. Kalbian is an attorney of good moral character.

7. Mr. Kalbian has appeared before this Court in the case styled, <u>4 Third Avenue Leasehold, LLC v. Permanent Mission of the United Arab Emirates to the United Nations</u>, Civil Case No. 02CV4293 (AKH)(dismissed with prejudice April 4, 2003), pursuant to a *pro hac vice* admission. Mr. Kalbian has appeared in the case styled, <u>Beautiful Jewellers Private Limited v. Tiffany & Co.</u>, Civil Case No. 06CV3085 (KMW), pursuant to a *pro hac vice* admission. Mr. Kalbian has also appeared in the case styled, <u>Celeste Trust Reg., Esquire Trade and Finance, Inc. and Investcor, LLC, v. CBQ, Inc., et al.</u>, Civil Case No. 03CV9650 (RMB), pursuant to a *pro hac vice* admission.

WHEREFORE, I respectfully request that the Court enter an order admitting Haig V. Kalbian *pro hac vice* as counsel for Palestine Monetary Authority and permitting Mr. Kalbian to appear on its behalf for all purposes in the matter captioned above, including but not limited to appearing on its behalf to argue any and all motions and hearings in this matter and any other matters before this Court related to the case captioned above.

Dated: May 22, 2007  
New York, New York

Respectfully submitted,

_James R. Lynch_  
James R. Lynch (JL-2778)  
LYNCH DASKAL EMERY LLP  
264 West 40th Street  
New York, New York 10018  
(212) 302-2400

*Attorneys for Palestine Monetary Authority*

---

[1] Mr. Kalbian is registered as "voluntarily inactive" in the Supreme Court of Pennsylvania as of August 1, 1986.

3

TO:   Robert J. Tolchin, Esq.
      Jaroslawicz & Jaros
      150 William Street, 19th Floor
      New York, NY 10038
      *Attorneys for Plaintiffs/Judgment Creditors*

      David Strachman, Esq.
      Mcintyre, Tate & Lynch, LLP
      321 South Main Street, Suite 400
      Providence, RI 02903
      *Attorneys for Plaintiffs/Judgment Creditors*

      Kenneth M. Bialo, Esq.
      Emmet, Marvin & Martin, LLP
      120 Broadway, 32nd Floor
      New York, NY 10271
      *Attorneys for Defendant-Garnishee*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
LESLYE KNOX, Individually, and as Natural Guardian :
of Plaintiffs Jordan Terrell Ellis, Reuven Carter, :
Shanon Carter, Shayrah Carter, Yoshavyah Carter and : 07 Civ. 3349
Amitai Carter, JORDAN TERRELL ELLIS, minor, :
REUVEN CARTER, minor, SHANON CARTER, minor, :
SHAYRAH CARTER, minor, YOSHAVYAH CARTER, : **ORDER FOR ADMISSION**
minor, AMITAI CARTER, minor, by their Next Friend and : **PRO HAC VICE**
Guardian Leslye Knox, and TSAPHRIRAH ELLIS, : **ON WRITTEN MOTION**
 :
              Plaintiffs-Judgment Creditors, :
 :
      - against - :
 :
THE BANK OF NEW YORK, :
 :
             Defendant-Garnishee :
 :
PALESTINE MONETARY AUTHORITY, :
 :
             Applicant for Intervention. :
-----------------------------------------------------------------------X

      Upon the motion of James R. Lynch, attorney for Palestine Monetary Authority and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Haig V. Kalbian |
| Firm Name: | Kalbian Hagerty LLP |
| Address: | 888 17th Street, NW, Suite 1000 |
| City/State/Zip: | Washington, DC 20006 |
| Telephone/Fax: | (202) 223-5600/(202) 223-6625 |
| Email Address: | hkalbian@kalbianhagerty.com |

is admitted to practice pro hac vice as counsel for Proposed Intervenor Palestine Monetary Authority in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of

this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.


Dated: May ____, 2007
       New York, New York


                                                    _____
                                                    United States District Judge

With copies to:

James R. Lynch, Esq.
Scott R. Emery, Esq.
LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, NY 10018

Haig V. Kalbian, Esq.
Mary M. Baker, Esq.
KALBIAN HAGERTY LLP
888 17th Street, NW, Suite 1000
Washington, DC 20006
*Attorneys for Palestine Monetary Authority*

Robert J. Tolchin, Esq.
Jaroslawicz & Jaros
150 William Street, 19th Floor
New York, NY 10038

David Strachman, Esq.
McIntyre, Tate & Lynch, LLP
321 South Main Street, Suite 400
Providence, RI 02903
*Attorneys for Plaintiffs/Judgment Creditors*

Kenneth M. Bialo, Esq.
Emmet, Marvin & Martin, LLP
120 Broadway, 32nd Floor
New York, NY 10271
*Attorneys for Defendant-Garnishee*

2

James R. Lynch (JL-2778)
LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, New York 10018
212-302-2400

-and-

KALBIAN HAGERTY L.L.P.
888 17th Street, NW, Suite 1000
Washington, DC 20006
202-223-5600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
LESLYE KNOX, Individually, and as Natural Guardian :
of Plaintiffs Jordan Terrell Ellis, Reuven Carter, :
Shanon Carter, Shayrah Carter, Yoshavyah Carter and : 07 Civ. 3349
Amitai Carter, JORDAN TERRELL ELLIS, minor, :
REUVEN CARTER, minor, SHANON CARTER, minor, :
SHAYRAH CARTER, minor, YOSHAVYAH CARTER, :
minor, AMITAI CARTER, minor, by their Next Friend and :
Guardian Leslye Knox, and TSAPHRIRAH ELLIS, :
:
                 Plaintiffs-Judgment Creditors, :
:
      - against - :
:
THE BANK OF NEW YORK, :
:
                 Defendant-Garnishee :
:
PALESTINE MONETARY AUTHORITY, :
:
                 Applicant for Intervention. :
-------------------------------------------------------------------------X

**AFFIDAVIT OF HAIG V. KALBIAN**

1.      My name is Haig V. Kalbian. I am over 21 years of age. I have personal knowledge of the matters herein and am otherwise competent to testify as to the matters contained herein.

2. I am a partner at the law firm of Kalbian Hagerty L.L.P., located at 888 17th Street, N.W., Suite 1000, Washington, D.C. 20006.

3. I received a Juris Doctor from the University of Notre Dame in 1983.

4. I am a member in good standing of the bars of the District of Columbia, the Commonwealth of Virginia. I am inactive in the State of Pennsylvania. I was admitted to practice before the District of Columbia Court of Appeals in August 2001 and the Supreme Court of Virginia in September 1991. Certificates of Good Standing issued by the District of Columbia Court of Appeals and the Supreme Court of Virginia (within thirty days of the date of this Affidavit and the accompanying Motion) are attached hereto as **Exhibit 1**.

5. I am also admitted to practice in the United States District Court for the District of Maryland, the United States Bankruptcy Court for the District of Maryland, the United States District Court for the District of Columbia, the United States Court of Appeals for the District of Columbia Circuit, the United States District Court for the Eastern District of Virginia and the United States Court of Appeals for the Second Circuit.

6. I am not a member of the Bar of the State of New York.

7. I have appeared before this Court in the case styled, 4 Third Avenue Leasehold, LLC v. Permanent Mission of the United Arab Emirates to the United Nations, Civil Case No. 02CV4293 (AKH) pursuant to a *pro hac vice* admission. I have also appeared in the case styled, Beautiful Jewellers Private Limited v. Tiffany & Co., Civil Case No. 06CV3085 (KMW), pursuant to a *pro hac vice* admission, and in the case styled, Celeste Trust Reg., Esquire Trade and Finance, Inc. and Investcor, LLC, v. CBQ, Inc., et al., Civil Case No. 03CV9650 (RMB), pursuant to a *pro hac vice* admission.

8.   There are no disciplinary proceedings against me pending in any court or bar association in any jurisdiction.

9.   Proposed Intervenor, Palestine Monetary Authority has retained my law firm, Kalbian Hagerty L.L.P., to represent the interests in the above-captioned case and any other related proceedings that may arise in connection with the case.

3

**FURTHER AFFIANT SAYETH NOT.**

District of Columbia

Haig V. Kalbian

Date: 5/21/07

Subscribed to and sworn to before me in
Washington, D.C., this 21 day of May 2007.

Notary Public

My Commission Expires:
12/14/08

Anne D. Spratt
Notary Public District of Columbia
My Commission Expires 12/14/08

4



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

HAIG V. KALBIAN

was on the 16th day of July, 1986 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 17, 2007.
>
> GARLAND PINKSTON, JR., CLERK
>
> By: _____
> Deputy Clerk

# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

HAIG VAHAN KALBIAN

was admitted to practice as an attorney and counsellor at the bar of this Court on September 17, 1991.

I further certify that so far as the records of this office are concerned, HAIG VAHAN KALBIAN is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 14th day of May

A.D. 2007

By: _____

Deputy Clerk

**LYNCH DASKAL EMERY LLP**
264 West 40th Street
New York, NY 10018
Attorneys for Palestine Monetary Authority

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

| | |
|---|---|
| LESLYE KNOX, Individually, and as Natural Guardian of Plaintiffs Jordan Terrell Ellis, Reuven Carter, Shanon Carter, Shayrah Carter, Yoshavyah Carter and Amitai Carter, JORDAN TERRELL ELLIS, minor, REUVEN CARTER, minor, SHANON CARTER, minor, SHAYRAH CARTER, minor, YOSHAVYAH CARTER, minor, AMITAI CARTER, minor, by their Next Friend and Guardian Leslye Knox, and TSAPHRIRAH ELLIS, : : : : : : : : : | 07 Civ. 3349 |
| Plaintiffs-Judgment Creditors, : : | |
| - against - : : | |
| THE BANK OF NEW YORK, : : | |
| Defendant-Garnishee : : | |
| PALESTINE MONETARY AUTHORITY, : : | |
| Applicant for Intervention. : | |

-----------------------------------------------------------------------X

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

      DYAN KLEINMAN, being duly sworn, deposes and says:

    1. I am not a party to this action, am over 18 years of age, and I am a paralegal at the offices of Lynch Daskal Emery LLP. I reside at 173 ORCHARD STREET, WHITE PLAINS, NY 10604.

2.   On the 22nd day of May, 2007, I served by first class mail a copy of the within **MOTION TO ADMIT COUNSEL PRO HAC VICE, AFFIRMATIN OF JAMES R. LYNCH IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE,** and **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** by depositing true and correct copies of the same, enclosed in post-paid, properly addressed envelopes, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York addressed as follows:

Robert J. Tolchin, Esq.
Jaroslawicz & Jaros
150 William Street, 19th Floor
New York, New York  10038

Kenneth M. Bialo, Esq.
Emmet, Marvin & Martin, LLP
120 Broadway, 32nd Floor
New York, New York  10271

David Strachman, Esq.
McIntyre, Tate & Lynch, LLP
321 South Main Street, Suite 400
Providence, RI  012903

_____
DYAN KLEINMAN

Sworn to before me
this 23rd day of May 2007

IAN L. KELLEY
Notary Public State of New York
Kings County
LIC.# 02KE6152707
Comm. Exp. 09/18/2010

_____
Notary Public

2