Case 2:07-cv-03349-VM   Document 20   Filed 06/04/2007   Page 1 of 2

Case 2:07-cv-03349-VM   Document 20   Filed 06/04/2007   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LESLYE KNOX, Individually, and as Natural Guardian
of Plaintiffs Jordan Terrell Ellis, Reuven Carter,
Shanon Carter, Shayrah Carter, Yoshavyah Carter and     :  07 Civ. 3349
Amitai Carter, JORDAN TERRELL ELLIS, minor,
REUVEN CARTER, minor, SHANON CARTER, minor,
SHAYRAH CARTER, minor, YOSHAVYAH CARTER,                :  **ORDER FOR ADMISSION**
minor, AMITAI CARTER, minor, by their Next Friend and   :  **PRO HAC VICE**
Guardian Leslye Knox, and TSAPHRIRAH ELLIS,             :  **ON WRITTEN MOTION**

        Plaintiffs-Judgment Creditors,

- against -

THE BANK OF NEW YORK,

        Defendant-Garnishee

PALESTINE MONETARY AUTHORITY,

        Applicant for Intervention.
------------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-4-07

Upon the motion of James R. Lynch, attorney for Palestine Monetary Authority and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Mary M. Baker |
| Firm Name: | Kalbian Hagerty LLP |
| Address: | 888 17th Street, NW, Suite 1000 |
| City/State/Zip: | Washington, DC 20006 |
| Telephone/Fax: | (202) 223-5600/(202) 223-6625 |
| Email Address: | mmb@kalbianhagerty.com |

is admitted to practice pro hac vice as counsel for Proposed Intervenor Palestine Monetary Authority in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of

this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: ~~May~~ June ____, 2007
New York, New York

_____
United States District Judge
**Victor Marrero**

With copies to:

James R. Lynch, Esq.
Scott R. Emery, Esq.
LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, NY 10018

Haig V. Kalbian, Esq.
Mary M. Baker, Esq.
KALBIAN HAGERTY LLP
888 17th Street, NW, Suite 1000
Washington, DC 20006
*Attorneys for Palestine Monetary Authority*

Robert J. Tolchin, Esq.
JAROSLAWICZ & JAROS
150 William Street, 19th Floor
New York, NY 10038

David Strachman, Esq.
MCINTYRE, TATE & LYNCH, LLP
321 South Main Street, Suite 400
Providence, RI 02903
*Attorneys for Plaintiffs/Judgment Creditors*

Kenneth M. Bialo, Esq.
EMMET, MARVIN & MARTIN, LLP
120 Broadway, 32nd Floor
New York, NY 10271
*Attorneys for Defendant-Garnishee*