UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| LESLYE KNOX, Individually, and as Natural Guardian of Plaintiffs Jordan Terrell Ellis, Reuven Carter, Shanon Carter, Shayrah Carter, Yoshavyah Carter and Amitai Carter, JORDAN TERRELL ELLIS, minor, REUVEN CARTER, minor, SHANON CARTER, minor, SHAYRAH CARTER, minor, YOSHAVYAH CARTER, minor, AMITAI CARTER, minor, by their Next Friend and Guardian Leslye Knox, and TSAPHRIRAH ELLIS, | 07 Civ. 3349 <br><br> **ORDER FOR ADMISSION** <br> **PRO HAC VICE** <br> **ON WRITTEN MOTION** |
| Plaintiffs-Judgment Creditors, | |
| - against - | USDS SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 6-4-07 |
| THE BANK OF NEW YORK, | |
| Defendant-Garnishee | |
| PALESTINE MONETARY AUTHORITY, | |
| Applicant for Intervention. | |

------------------------------------------------------------------X

Upon the motion of James R. Lynch, attorney for Palestine Monetary Authority and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Haig V. Kalbian |
| Firm Name: | Kalbian Hagerty LLP |
| Address: | 888 17th Street, NW, Suite 1000 |
| City/State/Zip: | Washington, DC 20006 |
| Telephone/Fax: | (202) 223-5600/(202) 223-6625 |
| Email Address: | hkalbian@kalbianhagerty.com |

is admitted to practice pro hac vice as counsel for Proposed Intervenor Palestine Monetary Authority in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of

this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: ~~May~~ Jane ____, 2007
New York, New York

_____
United States District Judge
**Victor Marrero**

With copies to:

James R. Lynch, Esq.
Scott R. Emery, Esq.
LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, NY 10018

Haig V. Kalbian, Esq.
Mary M. Baker, Esq.
KALBIAN HAGERTY LLP
888 17th Street, NW, Suite 1000
Washington, DC 20006
*Attorneys for Palestine Monetary Authority*

Robert J. Tolchin, Esq.
Jaroslawicz & Jaros
150 William Street, 19th Floor
New York, NY 10038

David Strachman, Esq.
McIntyre, Tate & Lynch, LLP
321 South Main Street, Suite 400
Providence, RI 02903
*Attorneys for Plaintiffs/Judgment Creditors*

Kenneth M. Bialo, Esq.
Emmet, Marvin & Martin, LLP
120 Broadway, 32nd Floor
New York, NY 10271
*Attorneys for Defendant-Garnishee*