LAW OFFICES OF

# JAROSLAWICZ & JAROS

150 William Street, 19th Floor
New York, New York 10038

(212) 227-2780

DAVID JAROSLAWICZ
NY, FL & CA BARS
ABRAHAM JAROS

ROBERT J. TOLCHIN
Of Counsel
rjt@tolchinlaw.com

June 17, 2007

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6-18-07

**BY FAX**
Fax: (212) 805-6382
Hon. Victor Marerro
United States District Judge
United States District Court
Daniel Patrick Moynihan United States Court House
500 Pearl Street, Rm. 1320
New York, New York 10007

  Re: *Knox v. Bank of New York*
    Docket no. 07 CV 3349 (VM)

Dear Judge Marrero,

  We represent the plaintiffs in the above referenced matter.

  On June 1, 2007 the parties argued the Order to Show Cause ("OSC") of intervenor Palestine Monetary Authority ("PMA"). After extensive oral argument, the Court reserved decision and took the matter on submission.

  On Friday June 15, 2007 the PMA e-filed a document entitled "Supplemental Memorandum of Law" (docket # 22) in which the PMA endeavors to respond to issues discussed at the oral argument over two weeks ago.

  The PMA neither sought nor obtained leave to file a post-argument memorandum of law.

  Plaintiffs respectfully request that the PMA's unauthorized filing be stricken.

JAROSLAWICZ & JAROS

June 17, 2007
Page 2 of 2

  Purely in the alternative, in the event that the Court does not strike the PMA's memorandum, then it is respectfully requested that the plaintiffs also be given an opportunity to file their own supplemental brief.

  Accordingly, we respectfully request that the Court issue an order striking the PMA's memorandum, or alternatively, directing plaintiffs to file their supplemental memorandum. If permitted, we would be prepared to file within two weeks of the order permitting the filing.

Respectfully yours,

Robert J. Tolchin

cc: Kenneth Bialo, Esq.
  Scott Emery, Esq.
  Haig Kalbian, Esq.

---

Request GRANTED. The Clerk of Court is directed to strike from the record of this action the Supplemental Memorandum of Law (Docket No. 22) filed herein by intervenor Palestine Monetary Authority. The record on the pending matter is closed and no further briefing will be considered.

SO ORDERED:
6-18-07
DATE
VICTOR MARRERO, U.S.D.J.