UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LESLYE KNOX, Individually, and as Natural Guardian :
of Plaintiffs Jordan Terrell Ellis, Reuven Carter, :
Shanon Carter, Shayrah Carter, Yoshavyah Carter and : Civil Action No. 07-3349 (VM)
Amitai Carter, JORDAN TERRELL ELLIS, minor, :
REUVEN CARTER, minor, SHANON CARTER, minor, :
SHAYRAH CARTER, minor, YOSHAVYAH CARTER, :
minor, AMITAI CARTER, minor, by their Next Friend :
and Guardian Leslye Knox, and TSAPHRIRAH ELLIS, :
    :
        Plaintiffs-Judgment Creditors, : **NOTICE OF APPEARANCE**
    :
    - against -    :
    :
THE BANK OF NEW YORK,    :
    :
        Defendant-Garnishee.    :
    :
------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the law firm of Emmet, Marvin & Martin, LLP, hereby appears as counsel of record for Defendant-Garnishee, The Bank of New York, in the above-captioned case. Please serve copies of all papers at the address listed below.

Dated: New York, New York
       June 18, 2007

                                EMMET, MARVIN & MARTIN, LLP

                                By: _____
                                    Kenneth M. Bialo (KB2145)
                                    Matthew K. McCoy (MM5882)

                                120 Broadway, 32nd Floor
                                New York, New York  10271
                                (212) 238-3100

                                *Attorneys for Defendant-Garnishee,*