UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
LESLYE KNOX, Individually, and as Natural Guardian
of Plaintiffs Jordan Terrell Ellis, Reuven Carter,
Shanon Carter, Shayrah Carter, Yoshavyah Carter and
Amitai Carter, JORDAN TERRELL ELLIS, minor,
REUVEN CARTER, minor, SHANON CARTER, minor,
SHAYRAH CARTER, minor, YOSHAVYAH CARTER,
minor, AMITAI CARTER, minor, by their Next Friend and
Guardian Leslye Knox, and TSAPHRIRAH ELLIS,

                       Plaintiffs-Judgment Creditors,

                       - against -

THE BANK OF NEW YORK,

                       Defendant-Garnishee,

PALESTINE MONETARY AUTHORITY,

                       Intervenor.
-------------------------------------------------------------------------X

Civil Action No. 07-3349

Hon. V. Marrero

**NOTICE OF MOTION
TO STRIKE PLAINTIFFS'
COUNTERCLAIM**

      PLEASE TAKE NOTICE that upon the annexed affirmation of Scott R. Emery, Esq., dated July 3, 2007, and upon all the pleadings and proceedings heretofore had herein, the Palestine Monetary Authority ("PMA") will move this Court at the United States Courthouse located at 500 Pearl Street, New York, New York, on a date to be determined by the Court, to strike the Counterclaim Complaint of the plaintiff, pursuant to F.R.C.P. Rule 12(f), Rule 13, and this Court's inherent authority, along with such other and further relief as this Court deems just and proper.

      Answering papers, if any, shall be served by hand delivery on Lynch Daskal Emery LLP, attorneys for Palestine Monetary Authority, at their offices located at 264 West 40th Street, 18th Floor, New York, New York 10018 on or before July 13, 2007.

Service of a copy of this notice of motion, together with the papers upon which it is based, shall be made upon the Strachman Defendants by hand delivery to their counsel, Robert J. Tolchin, at Jaroslawicz & Jaros, LLC, 225 Broadway, 24th floor, New York, New York 10007 on or before July 3, 2007, which shall constitute good and sufficient service.

Dated: New York, New York
      July 3, 2007

                               LYNCH DASKAL EMERY LLP

                               By: _____
                                  Scott R. Emery (SE-6293)
                                  264 West 40th Street
                                  New York, New York 10018

Of Counsel:
    Haig V. Kalbian
    Mary M. Baker
    KALBIAN HAGERTY LLP
    888 17th Street, NW, Suite 1000
    Washington, DC 20006
    (202) 223-5600
Attorneys for Palestine Monetary Authority