**Full docket text:**
MEMORANDUM TO THE DOCKET CLERK: Hearing held on 6/1/07 before Judge Victor Marrero. Palestine Monetary Authorities' Motion to intervene is granted. Court will take under consideration other issues raised by parties. Bank of New York's answer due 10 days afer courts resolution of outstanding issues raised in motion papers. (tro)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/03/2007 12:06:22 | | | |
| PACER Login: | ld1115 | Client Code: | |
| Description: | History/Documents | Search Criteria: | 1:07-cv-03349-VM |
| Billable Pages: | 1 | Cost: | 0.08 |