UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
LESLYE KNOX, Individually, and as Natural Guardian
of Plaintiffs Jordan Terrell Ellis, Reuven Carter,
Shanon Carter, Shayrah Carter, Yoshavyah Carter and      : Civil Action No. 07-3349 (VM)
Amitai Carter, JORDAN TERRELL ELLIS, minor,
REUVEN CARTER, minor, SHANON CARTER, minor,
SHAYRAH CARTER, minor, YOSHAVYAH CARTER,
minor, AMITAI CARTER, minor, by their Next Friend
and Guardian Leslye Knox, and TSAPHRIRAH ELLIS,

              Plaintiffs-Judgment Creditors,   : **NOTICE OF APPEARANCE**

- against -

THE BANK OF NEW YORK,

              Defendant-Garnishee.
---------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the law firm of Emmet, Marvin & Martin, LLP, hereby appears as counsel of record for Defendant-Garnishee, The Bank of New York, in the above-captioned case. Please serve copies of all papers at the address listed below.

Dated: New York, New York
       June 18, 2007

                                          EMMET, MARVIN & MARTIN, LLP

                                          By:_____
                                             Kenneth M. Bialo (KB2145)

                                          120 Broadway, 32nd Floor
                                          New York, New York 10271
                                          (212) 238-3100

                                          *Attorneys for Defendant-Garnishee*
                                          *The Bank of New York*