UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LESLYE KNOX, Individually, and as Natural Guardian :
of Plaintiffs Jordan Terrell Ellis, Reuven Carter, :
Shanon Carter, Shayrah Carter, Yoshavyah Carter and :  07 Civ. 3349 (VM)
Amitai Carter, JORDAN TERRELL ELLIS, minor, :
REUVEN CARTER, minor, SHANON CARTER, minor, :  **MOTION TO ADMIT COUNSEL**
SHAYRAH CARTER, minor, YOSHAVYAH CARTER, :  **PRO HAC VICE**
minor, AMITAI CARTER, minor, by their Next Friend and :
Guardian Leslye Knox, and TSAPHRIRAH ELLIS, :

              Plaintiffs-Judgment Creditors, :

              - against -

THE BANK OF NEW YORK, :

            Defendant-Garnishee :

PALESTINE MONETARY AUTHORITY, :

              Intervener. :
-------------------------------------------------------------------X

      Pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Court for the Southern District of New York, I, Scott R. Emery, a member of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | D. Michelle Douglas |
| Firm Name: | Kalbian Hagerty LLP |
| Address: | 888 17th Street, NW, Suite 1000 |
| City/State/Zip: | Washington, DC 20006 |
| Telephone/Fax: | (202) 223-5600/(202) 223-6625 |
| Email Address: | mdouglas@kalbianhagerty.com |

      Ms. Douglas is a member in good standing of the bars the District of Columbia, the State of North Carolina, the State of Arizona, and the State of California. There are no pending

1

Scott R. Emery (SE-6293)
LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, New York 10018
(212) 302-2400

-and-

KALBIAN HAGERTY L.L.P.
888 17th Street, NW, Suite 1000
Washington, DC 20006
(202) 223-5600

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

LESLYE KNOX, Individually, and as Natural Guardian
of Plaintiffs Jordan Terrell Ellis, Reuven Carter,
Shanon Carter, Shayrah Carter, Yoshavyah Carter and : 07 Civ. 3349
Amitai Carter, JORDAN TERRELL ELLIS, minor,
REUVEN CARTER, minor, SHANON CARTER, minor, : **AFFIRMATION OF**
SHAYRAH CARTER, minor, YOSHAVYAH CARTER, : **SCOTT R. EMERY**
minor, AMITAI CARTER, minor, by their Next Friend and : **IN SUPPORT OF MOTION**
Guardian Leslye Knox, and TSAPHRIRAH ELLIS, : **TO ADMIT COUNSEL**
: **PRO HAC VICE**

　　　　　　　　　　Plaintiffs-Judgment Creditors,

　　　- against -

THE BANK OF NEW YORK,

　　　　　　　　　　Defendant-Garnishee

PALESTINE MONETARY AUTHORITY,

　　　　　　　　　　Intervener.
------------------------------------------------------------------X

State of New York　　)
　　　　　　　　　　) ss:
County of New York　)

Scott R. Emery, being duly sworn, hereby deposes and says as follows:

1.   I am a member of the law firm of Lynch Daskal Emery LLP, counsel for Plaintiff in the above-captioned action, whose office is located at 264 West 40th Street, New York, New York 10018.

2.   I am a member in good standing of the Bar of the State of New York and of the Bar of the State of California[1].

3.   I am also admitted to practice before the United States District Court for the Eastern District of New York, the Court of Appeals for the Second Circuit, the United States District Court for the Central District of California, and am in good standing with this Court.

4.   I have known D. Michelle Douglas since January 2006.

5.   Ms. Douglas is an associate with the law firm of Kalbian Hagerty L.L.P., 888 17th Street, NW, Suite 1000, Washington, D.C. 20006.

6.   Ms. Douglas is not a member of the Bar of the State of New York. Certificates of Good Standing for the states in which Ms. Douglas is admitted are attached hereto as Exhibit A.

7.   I certify that Ms. Douglas is a skilled attorney of good moral character.

8.   I respectfully submit a proposed order granting the admission of D. Michelle Douglas, *pro hac vice*, which is attached hereto as Exhibit B.

9.   WHEREFORE, I respectfully request that the Court enter an order admitting D. Michelle Douglas *pro hac vice* as counsel for Palestine Monetary Authority and permitting Ms. Douglas to appear on its behalf for all purposes in the matter captioned above, including but not

---

[1] Inactive status in California.

2

limited to appearing on behalf of on its behalf to argue any and all motions and hearings in this matter and any other matters before this Court related to the case captioned above.

Dated: September 7, 2007
New York, New York

Sworn to before me
this 7th Day of September 2007

*[signature]*
Notary Public

PREMILA K. REDDY
Notary Public, State of New York
No. 02RE6152115
Qualified in New York County
Commission Expires August 28, 20 10

Respectfully submitted,

*[signature]*
Scott R. Emery (SE-6293)
LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, New York 10018
(212) 302-2400
*Attorneys for Palestine Monetary Authority*

TO:   Robert Tolchin, Esq.
      JAROSLAWICZ AND JAROS, LLC
      225 Broadway, 24th Floor
      New York, New York 10007

      David Strachman, Esq.
      MCINTYRE, TATE & LYNCH, LLP
      321 South Main Street, Suite 400
      Providence, RI 02903
      *Attorneys for Plaintiffs/Judgment Creditors*

      Kenneth M. Bialo, Esq.
      EMMET, MARVIN & MARTIN, LLP
      120 Broadway, 32nd Floor
      New York, NY 10271
      *Attorneys for Defendant-Garnishee*

3



# District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

DENISE M. DOUGLAS

was on the  5th  day of  March, 2007  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 28, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### D. MICHELLE DOUGLAS

I, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that D. MICHELLE DOUGLAS was on the 25TH day of NOVEMBER 1997, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 21st day of AUGUST, 2007.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By _____
Joseph Cornetta, *Deputy Clerk*

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Christie Speir Cameron, Clerk of the Supreme Court of North Carolina, do hereby certify that on September 1, 2006, license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to

## _DENISE MICHELLE DOUGLAS_.

according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in Raleigh, this _____August 23, 2007_____.

*Christie S. Cameron*
Christie Speir Cameron
Clerk of the Supreme Court
of the State of North Carolina

### CERTIFICATE OF THE CLERK OF THE SUPREME COURT
### OF THE
### STATE OF ARIZONA

*I, Rachelle M. Resnick, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the State Bar of Arizona*

## DENISE MICHELLE DOUGLAS

*was on the 6th day of July, 2000, duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as a member of the Bar in good standing, and in the records of the State Bar of Arizona as an inactive member in good standing.*



*Given under my hand and the seal of said Court this 23rd day of August, 2007.*

RACHELLE M. RESNICK, Clerk

By /s/ Tisha Lavy
Tisha Lavy
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LESLYE KNOX, Individually, and as Natural Guardian :
of Plaintiffs Jordan Terrell Ellis, Reuven Carter, :
Shanon Carter, Shayrah Carter, Yoshavyah Carter and : 07 Civ. 3349
Amitai Carter, JORDAN TERRELL ELLIS, minor, :
REUVEN CARTER, minor, SHANON CARTER, minor, : **ORDER FOR ADMISSION**
SHAYRAH CARTER, minor, YOSHAVYAH CARTER, : **PRO HAC VICE**
minor, AMITAI CARTER, minor, by their Next Friend and : **ON WRITTEN MOTION**
Guardian Leslye Knox, and TSAPHRIRAH ELLIS, :
:
                Plaintiffs-Judgment Creditors, :
:
            - against - :
:
THE BANK OF NEW YORK, :
:
               Defendant-Garnishee :
:
PALESTINE MONETARY AUTHORITY, :
:
               Intervener. :
------------------------------------------------------------------------X

Upon the motion of Scott R. Emery, attorney for Intervener Palestine Monetary Authority and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | D. Michelle Douglas |
| Firm Name: | Kalbian Hagerty LLP |
| Address: | 888 17th Street, NW, Suite 1000 |
| City/State/Zip: | Washington, DC 20006 |
| Telephone/Fax: | (202) 223-5600/(202) 223-6625 |
| Email Address: | mmb@kalbianhagerty.com |

is admitted to practice pro hac vice as counsel for Intervener Palestine Monetary Authority in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:

New York, New York

_____
United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LESLYE KNOX, Individually, and as Natural Guardian :
of Plaintiffs Jordan Terrell Ellis, Reuven Carter, :
Shanon Carter, Shayrah Carter, Yoshavyah Carter and : 07 Civ. 3349 (VM)
Amitai Carter, JORDAN TERRELL ELLIS, minor, :
REUVEN CARTER, minor, SHANON CARTER, minor, : **MOTION TO ADMIT COUNSEL**
SHAYRAH CARTER, minor, YOSHAVYAH CARTER, : **PRO HAC VICE**
minor, AMITAI CARTER, minor, by their Next Friend and :
Guardian Leslye Knox, and TSAPHRIRAH ELLIS, :
:
     Plaintiffs-Judgment Creditors, :
:
   - against - :
:
THE BANK OF NEW YORK, :
:
     Defendant-Garnishee :
:
PALESTINE MONETARY AUTHORITY, :
:
     Intervener. :
------------------------------------------------------------------------X

  DYAN KLEINMAN, being duly sworn, deposes and says:

  1. I am not a party to this action, am over 18 years of age, and I am a paralegal at the offices of Lynch Daskal Emery LLP. I reside at 173 ORCHARD STREET, WHITE PLAINS, NEW YORK.

2. On the 7th day of September, 2007, I served by first class mail a copy of the within **MOTION TO ADMIT COUNSEL PRO HAC VICE** and **AFFIRMATION OF SCOTT R. EMERY IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** by depositing true and correct copies of the same, enclosed in post-paid, properly addressed envelopes, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York addressed as follows:

Robert Tolchin, Esq.
JAROSLAWICZ AND JAROS, LLC
225 Broadway, 24th Floor
New York, New York 10007

David Strachman, Esq.
MCINTYRE, TATE & LYNCH, LLP
321 South Main Street, Suite 400
Providence, RI 02903

Kenneth M. Bialo, Esq.
EMMET, MARVIN & MARTIN, LLP
120 Broadway, 32nd Floor
New York, New York 10271

DYAN KLEINMAN

Sworn to before me this
7th day of September, 2007

Notary Public

PREMILA K. REDDY
Notary Public, State of New York
No. 02RE6152115
Qualified in New York County
Commission Expires August 28, 20 10

2