**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



USDC SDNY
DOCUMENT
ELECTRONIC...
DOC #:
DATE FILED: 9/13/07 dc

------------------------------------------------------------X

LESLYE KNOX, Individually, and as Natural Guardian
of Plaintiffs Jordan Terrell Ellis, Reuven Carter,
Shanon Carter, Shayrah Carter, Yoshavyah Carter and
Amitai Carter, JORDAN TERRELL ELLIS, minor,
REUVEN CARTER, minor, SHANON CARTER, minor,
SHAYRAH CARTER, minor, YOSHAVYAH CARTER,
minor, AMITAI CARTER, minor, by their Next Friend and
Guardian Leslye Knox, and TSAPHRIRAH ELLIS,

   Plaintiffs-Judgment Creditors,

   - against -

THE BANK OF NEW YORK,

   Defendant-Garnishee

PALESTINE MONETARY AUTHORITY,

   Intervener.

------------------------------------------------------------X

: 07 Civ. 3349

: **ORDER FOR ADMISSION**
: **PRO HAC VICE**
: **ON WRITTEN MOTION**

Upon the motion of Scott R. Emery, attorney for Intervener Palestine Monetary Authority and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | D. Michelle Douglas |
| Firm Name: | Kalbian Hagerty LLP |
| Address: | 888 17th Street, NW, Suite 1000 |
| City/State/Zip: | Washington, DC 20006 |
| Telephone/Fax: | (202) 223-5600/(202) 223-6625 |
| Email Address: | mmb@kalbianhagerty.com |

is admitted to practice pro hac vice as counsel for Intervener Palestine Monetary Authority in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 9/12/07
New York, New York

_____
United States District/Magistrate Judge